LAW OFFICES OF MARC LIBARLE
Marc Libarle (*State Bar No. 071678*)
ml7006@gmail.com
1388 Sutter Street, Suite 910
San Francisco, CA 94109
Phone: (415) 928-2400

HALLER LAW PLLC
Timothy J. Haller (*Pro Hac Vice Pending*)
haller@haller-iplaw.com
53 West Jackson Boulevard, Suite 1623
Chicago, IL 60604
Phone: (630) 336-4283

NOBLE IP LLC
Gabriel I. Opatken (*Pro Hac Vice Pending*)
gabriel@nobleipllc.com
418 North Noble Street, Suite 4
Chicago, IL 60642
Phone: (773) 648-5433

*Attorneys for Plaintiff DODOCASE VR, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **DODOCASE VR, INC. (fka DODOCASE, INC.),** | Case No. |
| **Plaintiff,** | **COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF** |
| **v.** | |
| **MERCHSOURCE, LLC (dba SHARPER IMAGE) AND THREESIXTY BRANDS GROUP LLC (dba SHARPER IMAGE),** | |
| **Defendants.** | |

Plaintiff DODOCASE VR, Inc. (fka DODOcase, Inc.) complains of Defendants MerchSource, LLC (dba Sharper Image) and ThreeSixty Brands Group LLC (dba Sharper Image) as follows:

### NATURE OF LAWSUIT

1.     This is a Complaint for declaratory judgment and injunctive relief under 28 U.S.C. §§ 1331 and 2201.

- 1 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

1    2.       In pursuing such a Complaint, Plaintiff relies on 35 U.S.C. §§ 282 and 283.

2    3.       As set forth below, Defendant MerchSource breached the terms of a patent license

3    agreement based on its sole, unsupported contention that the DODOCASE Patents are invalid.

4    After its material breach, MerchSource belatedly cured only that part of its breach relating to

5    payment; however, in doing so, MerchSource failed to provide assurances that the marking

6    obligations would be fully satisfied, failed to cure its breach of the provision prohibiting

7    challenging the validity of the DODOCASE Patents, and further indicated its intention to

8    continue to challenge the validity of the DODOCASE Patents and engage in future breaches of

9    the patent license agreement.

10    4.       Accordingly, Plaintiff seeks: (a) a declaration that, despite Defendants'

11    contentions to the contrary, the below-identified DODOCASE Patents are valid and enforceable;

12    and (b) an Order enjoining Defendants from breaching the patent license agreement and/or

13    infringing the DODOCASE Patents.

14                                          **THE PARTIES**

15    5.       DODOCASE VR, Inc. (formerly known as DODOcase, Inc.) ("DODOCASE") is

16    a Delaware corporation with a registered agent of The Corporation Trust Company, Corporation

17    Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 and headquarters located at 337

18    Linda Way, Mill Valley, California 94941.

19    6.       DODOCASE was founded by Patrick Buckley and Craig Dalton in 2010 in the

20    basement of Patrick Buckley's home. They started the company with the mission of making

21    mobile device accessories that were built by local craftsman. For the past seven years they have

22    been manufacturing and selling mobile device accessories made in the United States of America.

23    Most of their products are built in a factory they built themselves in San Francisco. DODOCASE

24    has sold millions of products and is recognized globally as a premium brand for mobile

25    accessories.

26

27                                                                                      - 2 -

28    COMPLAINT FOR DECLARATORY JUDGMENT AND
     INJUNCTIVE RELIEF

7.      In 2014, DODOCASE anticipated a growing mobile device accessories market, particularly for affordable virtual reality accessories that worked with smartphones. Patrick Buckley, an MIT trained mechanical engineer and inventor of multiple patents, recognized some breakthrough improvements that could be made to the state of the art for smartphone virtual reality accessories at the time and filed for patent protection implicating an innovative way to make a low-cost virtual reality input system for touchscreen devices. DODOCASE launched four virtual reality smartphone accessories in 2014 and has since sold over one-million smartphone virtual reality viewers.

8.      In 2016, DODOCASE was forced to abandon the sale and production of products that used its own patented technology because of severe price pressures placed on it by competitors making products outside of the United States. While DODOCASE continues to sell a line of virtual reality products that are custom-branded for enterprise customers, this pressure led DODOCASE to mostly exit the consumer virtual reality market.

9.      DODOCASE has been awarded multiple patents for virtual reality technology, including those asserted herein. DODOCASE is the named assignee of, owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 9,420,075, entitled "Virtual Reality Viewer and Input Mechanism," which issued on August 16, 2016 ("the '075 Patent") (a true and correct copy is attached as Exhibit A); United States Patent No. 9,723,117, entitled "Virtual Reality Viewer and Input Mechanism," which issued on August 1, 2017 ("the '117 Patent") (a true and correct copy is attached as Exhibit B); and United States Patent No. 9,811,184, entitled "Virtual Reality Viewer and Input Mechanism," which issued on November 7, 2017 ("the '184 Patent") (a true and correct copy is attached as Exhibit C). The foregoing patents are collectively referred to herein as the "DODOCASE Patents".

10.      Defendant MerchSource, LLC ("MerchSource") is a Delaware limited liability company with a Delaware listed registered agent of Corporation Service Company, 251 Little

- 3 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

1  Falls Drive, Wilmington, Delaware 19808. MerchSource also maintains an office at 15 Cushing,

2  Irvine, California 92618.

3          11.    MerchSource    states    on    its    website    (at    merchsource.com/about.php):

4  "MerchSource ideates, designs, sources and distributes consumer products to the nation's largest

5  retailers. MerchSource has developed long-standing multi-department retail relationships based

6  around its diverse product line – which includes toys, electronics, home décor and many other

7  categories. From its design and development headquarters in Southern California, MerchSource

8  crafts from-scratch industrial designs and best-in-class packaging. Using its diverse brand

9  portfolio, MerchSource builds successful cross-category programs that can be found throughout

10 major retailers nationwide. With its large-scale Asia operation (with offices in Hong Kong and

11 throughout China), MerchSource is one of the only major retail suppliers to own and control its

12 sourcing  capabilities.  As  a  full-service,  vertically-integrated  supplier,  retailers  rely  on

13 MerchSource as a key vendor and a trusted sourcing partner."

14         12.    Specific  to  this  Complaint,  MerchSource  sells,  offers  to  sell,  manufactures,

15 designs and/or imports products that threaten to infringe the DODOCASE Patents in the future at

16 least under the brand name "Sharper Image."

17         13.    Defendant ThreeSixty Brands Group LLC ("ThreeSixty") is a Delaware limited

18 liability company with a Delaware listed registered agent of The Corporation Trust Company,

19 Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

20         14.    MerchSource is wholly owned by ThreeSixty Group Limited, a privately-held

21 Hong Kong company and, upon information and belief, MerchSource internally operates as a

22 division of ThreeSixty.

23         15.    Upon  information  and  belief,  on  or  about  December  30,  2016,  ThreeSixty

24 acquired the Sharper Image brand. ThreeSixty is the owner-assignee of the trademark, "Sharper

25 Image."

26

27                                                                                              - 4 -

28 COMPLAINT FOR DECLARATORY JUDGMENT AND
   INJUNCTIVE RELIEF

16.     ThreeSixty previously stated on its website, now under construction (at http://thethreesixtygroup.com/about.php): "ThreeSixty Group ideates, designs, sources and distributes consumer products to the nation's largest retailers. ThreeSixty has developed long-standing multi-department retail relationships based around its diverse product line – which includes toys, electronics, home décor and many other categories. From its design and development headquarters in Southern California, ThreeSixty crafts its from-scratch industrial designs and best-in-class packaging. Using its diverse brand portfolio, ThreeSixty builds successful cross category programs that can be found throughout major retailers nationwide. With its large-scale Asia operation (with offices in Hong Kong and throughout China), ThreeSixty is one of the only major retail suppliers to own and control its sourcing capabilities. As a full-service, vertically-integrated supplier, retailers rely on ThreeSixty as a key vendor and a trusted sourcing partner."

17.     Specific to this Complaint, ThreeSixty sells, offers to sell, manufactures, designs and/or imports products that threaten to infringe the DODOCASE Patents in the future at least under the brand name "Sharper Image."

## JURISDICTION AND VENUE

18.     This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331, 1338(a) and 2201.

19.     Personal jurisdiction is proper in this Court. Defendants have extensive contacts with the State of California, including with this Judicial District; Defendants have purposefully availed themselves of the privileges of conducting business in the State of California, including through the sale and offer for sale of the Defendant Products throughout the State of California and this Judicial District; and Defendants have consented to personal jurisdiction in this Judicial District pursuant to agreement.

20.     Venue in this judicial district is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in this Judicial District. In

- 5 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

addition to Defendants having consented to personal and subject matter jurisdiction in this Judicial District pursuant to agreement, they agreed that disputes may be litigated in this Judicial District.

**PREVIOUS RELATIONSHIP WITH MERCHSOURCE AND THE PRESENT CASE OR CONTROVERSY**

21.     On or about June 16, 2016, MerchSource contacted DODOCASE to inquire about obtaining a license to the '075 Patent.

22.     On or about October 3, 2016, DODOCASE and MerchSource entered into a Master License Agreement regarding the DODOCASE Patents ("MLA").

23.     The MLA states, *inter alia*, "MerchSource desires to manufacture and sell virtual reality viewer products having a capacitive touch input mechanism containing the Licensed IP."

24.     Starting on or around June 9, 2017, MerchSource began to correspond with DODOCASE expressing dissatisfaction with the MLA executed after arms-length negotiations.

25.     On or around July 10, 2017, MerchSource (through counsel) contacted DODOCASE and threatened that, in light of MerchSource's perception that DODOCASE was not enforcing its intellectual property sufficiently (despite no such obligation in the MLA), it would "have no choice but to impute a zero percent royalty rate under the [MLA] in order to be similarly advantaged."

26.     On or around July 14, 2017, DODOCASE (through counsel) responded to MerchSource's counsel setting forth its position regarding the license agreement and further stating that any manufacture, use, sale or offer for sale of the Defendant Products required the corresponding agreed-upon payment.

27.     On or about October 5, 2017, MerchSource (through counsel) replied directly to DODOCASE stating: "We have reviewed the Licensed Patents, including the allowed claims of U.S. Patent Application Serial No. 15/448,785 [the application for the later-issued '184 Patent], and have concluded that all relevant claims are invalid under 35 U.S.C. § 102 and/or § 103. Accordingly, MerchSource will not be paying royalties on any products sold hereafter."

- 6 -

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

28.    Notably, the MLA includes the following provision: "MerchSource shall not (a) attempt to challenge the validity or enforceability of the Licensed IP; or (b) directly or indirectly, knowingly assist any Third Party in an attempt to challenge the validity or enforceability of the Licensed IP except to comply with any court order or subpoena."

29.    DODOCASE replied to MerchSource's counsel on or about October 17, 2017 reiterating that refusal to pay royalties despite continued manufacture, use, sale and/or offer for sale constituted a breach of the MLA. DODOCASE's October 17 correspondence further provided notice per the MLA of MerchSource's need to cure its anticipatory refusal to pay the agreed-upon royalties and threatened infringement through unauthorized manufacture, use, sale and/or offer for sale of the Defendant Products in the future.

30.    The MLA also includes a provision that MerchSource "agrees to mark all Licensed Products under this Agreement with such patent markings as specified in writing by [DODOCASE] and reasonably necessary to protect [DODOCASE's] rights under 35 U.S.C. § 287(a)." On October 17 and November 2, 2017, DODOCASE informed MerchSource of the issuance of the two continuation patents (the '117 Patent and the '184 Patent, respectively) and MerchSource's obligation to mark the Licensed Products accordingly. To date, MerchSource has not confirmed that it will comply with its marking obligations. Accordingly, MerchSource's silence regarding marking, combined with its intention to continue to challenge the validity of the DODOCASE Patents, indicates further intention to breach the MLA.

31.    The deadline for MerchSource to cure its refusal to pay the agreed-upon royalties and threatened infringement was November 16, 2017.

32.    On November 17, 2017, one day after the cure deadline, MerchSource sent an email correspondence with a copy of the required royalty check and a royalty report. Notably, however, the royalty report included the following statement: "Attached is the royalty payment for Q3 pursuant to the License Agreement, provided however MerchSource considers the dispute over royalty rate and owed royalties under the Agreement outstanding and not yet resolved.".

- 7 -

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

33.     Given MerchSource's admission that the Defendant Products are within the scope of the DODOCASE Patents, the validity of the DODOCASE Patents (as challenged by MerchSource) is the sole, central issue to the controversy between the parties and it is ongoing in view of Defendants contention that the dispute is not yet resolved.

34.     Accordingly, MerchSource's previous breaches of the MLA (though partially cured regarding payment), and stated intention to continue to challenge the validity of the DODOCASE Patents (in order to engage in further breaches), has created a real and substantial case or controversy between the parties with respect to the sole question of whether the DODOCASE Patents are valid and enforceable.

<b>THE DEFENDANT PRODUCTS</b>

35.     Defendants MerchSource and ThreeSixty have explicitly threatened to infringe the DODOCASE Patents by making, selling, offering to sell, and/or importing – without payment of the agreed-upon royalty in the MLA – the Sharper Image Smartphone 360 Virtual Reality Headset products, which products include an "interactive control button" (aka "capacitive button"). These products are herein referred to as the "Defendant Products."

36.     Generally, the Defendant Products are virtual reality viewers designed to operate with a mobile electronic device having a touch-screen (*e.g.*, "smartphone"). The Defendant Products include two lenses for viewing the mobile electronic device. The Defendant Products comprise a housing configured to receive and hold the mobile electronic device such that the touch-screen is generally centered in a horizontal direction directly in a user's field of view. The Defendant Products further include an input mechanism that is accessible on the exterior of the Defendant Products. Defendants call this input mechanism an "interactive control button" or "capacitive button" and state: "Capacitive button allows for convenient one-touch menu selections," and "Press the top button on the VR headset to select objects in your app or video." The "interactive control button" of the Defendant Products, when in a second (or extended) position, contacts the touchscreen of the mobile electronic device within the virtual reality

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

viewer housing. The "interactive control button" of the Defendant Products comprises a capacitive material to activate the touchscreen of a mobile electronic device.

37.    MerchSource's presently-known Defendant Products "containing the Licensed IP" include: "Virtual Reality Smartphone Viewer"; "Drone DX 14.4inch with Camera HD Streaming with Virtual Reality Smartphone Viewer"; "Drone Lunar 14.4inch with Camera HD with Virtual Reality Smartphone Viewer"; "Virtual Reality Smartphone Viewer with Controller"; "Virtual Reality Smartphone Viewer with Built in Earbuds and Controller"; and "Camera 360 Degree View with Accessories 5pc".

38.    The Defendant Products further include all substantively similar products (including other virtual reality viewers that comprise an "interactive control button" for use with a touchscreen of a mobile electronic device) and any predecessor and/or successor versions of the foregoing that would otherwise infringe the DODOCASE Patents absent a license.

39.    After adequate discovery, DODOCASE may seek leave to amend this Complaint to include additional details of threatened or actual infringement, if any, by other products hereafter discovered to encompass the inventions claimed in the DODOCASE Patents.

**COUNT I: INJUNCTION TO PREVENT THREATENED BREACH OF THE MLA AND/OR INFRINGEMENT OF UNITED STATES PATENT NO. 9,420,075**

40.    DODOCASE realleges and incorporates by reference paragraphs 1-39, inclusive, as though fully set forth herein.

41.    DODOCASE is entitled to injunctive relief under § 2201 to prevent breach of the MLA and/or infringement of the '075 Patent pursuant to 35 U.S.C. § 283.

42.    Defendants' threat to continue to challenge the validity of the '075 Patent and continue to sell the Defendant Products will result in further breach of the MLA and/or the direct infringement of at least independent claim 1 of the '075 Patent.

43.    The MLA, negotiated by MerchSource at arms-length, states that "MerchSource desires to manufacture and sell virtual reality viewer products having a capacitive touch input

- 9 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

mechanism containing the Licensed IP," and DODOCASE is not aware of any contention by Defendants that the Defendant Products would not infringe the '075 Patent absent a license.

**Claim 1**

44.    The Defendant Products are virtual reality viewers for use with a mobile electronic device having a touch-screen.

45.    The Defendant Products comprise a housing configured to receive the mobile electronic device.

46.    Said housing is configured to hold the mobile electronic device such that the touch-screen is generally centered in a horizontal direction and directly in a user's field of view when looking into a generally hollow interior of the housing through a side opposite the touch-screen.

47.    The Defendant Products include an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position.

48.    Said input mechanism comprises an electrical shield having a surface, wherein only a portion of the surface of the electrical shield is configured to contact a central region of the touch-screen of the mobile electronic device when the input mechanism is in the extended position.

49.    Further, the Defendant Products are covered by dependent claims 2-9 of the '075 Patent.

50.    Defendant MerchSource (and, upon information and belief, Defendant ThreeSixty) received notice of the '075 Patent, and the likelihood of its infringement thereof absent a license, at least as early as June 16, 2016 (the date MerchSource sought a license as described above).

- 10 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

51.     To the extent required by law, DODOCASE has complied with, and requires all licensees to comply with, the provisions of 35 U.S.C. § 287. Moreover, the MLA requires that MerchSource mark the Defendant Products with the '075 Patent number.

52.     Defendants' threatened breach of the MLA and/or direct infringement as described above, if not enjoined, will injure DODOCASE as long as such breach and/or infringement occurs.

53.     Based on Defendants' acknowledgement that the Defendant Products incorporate the technologies of at least the '075 Patent, and the unique facts of the past relationship between DODOCASE and MerchSource (as described above), DODOCASE reserves the right to seek discretionary enhancement of any damages under 35 U.S.C. § 284 prior to an injunction and attorneys' fees and costs under 35 U.S.C. § 285.

54.     There is a substantial threat of irreparable injury from Defendants' threatened breach of the MLA and/or infringement of the '075 Patent (including Defendants' unlawful encumbrance of the property rights granted by the DODOCASE Patents, which encumbrance places a cloud over DODOCASE's ability to license its patent rights at a fair market value).

55.     Accordingly, Defendants should be enjoined from breaching the MLA and/or infringing the '075 Patent.

## COUNT II: DECLARATORY JUDGMENT AS TO THE VALIDITY AND ENFORCEABILITY OF UNITED STATES PATENT NO. 9,420,075

56.     DODOCASE realleges and incorporates by reference paragraphs 1-39 and 40-55, inclusive, as though fully set forth herein.

57.     The '075 Patent was duly issued by the United States Patent Office on August 16, 2016.

58.     The '075 Patent is entitled to the presumption of validity set forth in 35 U.S.C. § 282.

59.     On or about October 5, 2017, MerchSource (through counsel) stated its intention to breach the MLA and/or infringe the '075 Patent in the future by continuing to make, use, sell,

- 11 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

and/or offer to sell the Defendant Products without payment in light of MerchSource's claim that "all relevant claims [of the '075 Patent] are invalid under 35 U.S.C. § 102 and/or § 103."

60.     As of the filing of this Complaint, Defendants have never identified any alleged prior art pursuant to §§ 102 and/or 103 that would invalidate or render unenforceable the '075 Patent.

61.     Upon information and belief, Defendants have not undertaken a serious analysis of the '075 Patent in light of their alleged prior art but, rather, MerchSource used the vague threat of invalidity to justify its refusal to pay a reasonable royalty (as already agreed to by the parties in arms-length negotiations resulting in the MLA) while continuing to make, use, sell and/or offer to sell the Defendant Products.

62.     MerchSource's invalidity challenge, though unsubstantiated, has placed a cloud of uncertainty over the '075 Patent and, at a minimum, has served as an unjustified basis for Defendants to threaten future breaches of the MLA and/or infringement of the '075 Patent.

63.     Defendants' continued challenge of the validity of the '075 Patent will result in continued harm to DODOCASE resulting from Defendants' breach of the MLA and/or infringement of the '075 Patent based solely on said unsubstantiated challenge.

64.     Accordingly, a present case or controversy exists between the parties and DODOCASE requests a declaration from this Court that the '075 Patent is valid and enforceable.

**COUNT III: INJUNCTION TO PREVENT THREATENED BREACH OF THE MLA AND/OR INFRINGEMENT OF UNITED STATES PATENT NO. 9,723,117**

65.     DODOCASE realleges and incorporates by reference paragraphs 1-39, inclusive, as though fully set forth herein.

66.     DODOCASE is entitled to injunctive relief under § 2201 to prevent breach of the MLA and/or infringement of the '117 Patent pursuant to 35 U.S.C. § 283.

67.     Defendants' threat to continue to challenge the validity of the '117 Patent and continue to sell the Defendant Products will result in further breach of the MLA and/or the direct infringement of at least independent claim 12 of the '117 Patent.

- 12 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

68.     The MLA, negotiated by MerchSource at arms-length, states that "MerchSource desires to manufacture and sell virtual reality viewer products having a capacitive touch input mechanism containing the Licensed IP," and DODOCASE is not aware of any contention by Defendants that the Defendant Products would not infringe the '117 Patent absent a license.

### Claim 12

69.     The Defendant Products are virtual reality viewers for use with a mobile electronic device having a touch-screen.

70.     The Defendant Products comprise a first lens and a second lens, wherein the first lens is facing the same direction as the second lens, and wherein the first lens and the second lens are spaced apart in a horizontal direction.

71.     The Defendant Products comprise a housing having a back side configured to be held against or in proximity to a user's face and a front side configured to receive the mobile electronic device, the front side of the housing opposite the back side of the housing such that the touchscreen is viewable from the back side of the housing and through the first lens and the second lens.

72.     The Defendant Products include a user input that is accessible from an exterior of the housing and has a first position and a second position.

73.     The Defendant Products include a touchscreen input conductively coupled to the user input and generally centered between the first lens and the second lens in the horizontal direction, wherein, upon receipt of the mobile electronic device, the touchscreen input is in physical contact with the touchscreen when the user input is in the second position.

74.     Further, the Defendant Products are covered by dependent claims 13-15, 18 and 20 of the '117 Patent.

75.     Defendant MerchSource (and, upon information and belief, ThreeSixty) had notice of the '117 Patent, and the likelihood of its infringement thereof absent a license, at least as early as October 5, 2017 (the date of MerchSource's correspondence regarding invalidity).

- 13 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

76.     To the extent required by law, DODOCASE has complied with, and requires all licensees to comply with, the provisions of 35 U.S.C. § 287. Moreover, the MLA requires that MerchSource mark the Defendant Products with the '117 Patent number.

77.     Defendants' threatened breach of the MLA and/or direct infringement as described above, if not enjoined, will injure DODOCASE as long as such breach and/or infringement occurs.

78.     Based on Defendants' acknowledgement that the Defendant Products incorporate the technologies of at least the '075 Patent (to which the '117 Patent claims priority), and the unique facts of the past relationship between DODOCASE and MerchSource (as described above), DODOCASE reserves the right to seek discretionary enhancement of any damages under 35 U.S.C. § 284 and attorneys' fees and costs under 35 U.S.C. § 285.

79.     There is a substantial threat of irreparable injury from Defendants' threatened breach of the MLA and/or infringement of the '117 Patent (including Defendants' unlawful encumbrance of the property rights granted by the DODOCASE Patents, which encumbrance places a cloud over DODOCASE's ability to license its patent rights at a fair market value).

80.     Accordingly, Defendants should be enjoined from breaching the MLA and/or infringing the '117 Patent.

**COUNT IV: DECLARATORY JUDGMENT AS TO THE VALIDITY AND ENFORCEABILITY OF UNITED STATES PATENT NO. 9,723,117**

81.     DODOCASE realleges and incorporates by reference paragraphs 1-39 and 65-80, inclusive, as though fully set forth herein.

82.     The '117 Patent was duly issued by the United States Patent Office on August 1, 2017.

83.     The '117 Patent is entitled to the presumption of validity set forth in 35 U.S.C. § 282.

84.     On or about October 5, 2017, MerchSource (through counsel) stated its intention to breach the MLA and/or infringe the '117 Patent in the future by continuing to make, use, sell,

- 14 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

and/or offer to sell the Defendant Products without payment in light of MerchSource's claim that "all relevant claims [of the '117 Patent] are invalid under 35 U.S.C. § 102 and/or § 103."

85.     As of the filing of this Complaint, Defendants have never identified any alleged prior art pursuant to §§ 102 and/or 103 that would invalidate or render unenforceable the '117 Patent.

86.     Upon information and belief, Defendants have not undertaken a serious analysis of the '117 Patent in light of their alleged prior art but, rather, MerchSource used the vague threat of invalidity to justify its refusal to pay a reasonable royalty (as already agreed to by the parties in arms-length negotiations resulting in the MLA) while continuing to make, use, sell and/or offer to sell the Defendant Products.

87.     MerchSource's invalidity challenge, though unsubstantiated, has placed a cloud of uncertainty over the '117 Patent and, at a minimum, has served as an unjustified basis for Defendants to threaten breaches of the MLA and/or future infringement of the '117 Patent.

88.     Defendants' continued challenge of the validity of the '117 Patent will result in continued harm to DODOCASE resulting from Defendants' breach of the MLA and/or infringement of the '117 Patent based solely on said unsubstantiated challenge.

89.     Accordingly, a present case or controversy exists between the parties and DODOCASE requests a declaration from this Court that the '117 Patent is valid and enforceable.

**COUNT V: INJUNCTION TO PREVENT THREATENED BREACH OF THE MLA AND/OR INFRINGEMENT OF UNITED STATES PATENT NO. 9,811,184**

90.     DODOCASE realleges and incorporates by reference paragraphs 1-39, inclusive, as though fully set forth herein.

91.     DODOCASE is entitled to injunctive relief under § 2201 to prevent breach of the MLA and/or infringement of the '184 Patent pursuant to 35 U.S.C. § 283.

92.     Defendants' threat to continue to challenge the validity of the '184 Patent and continue to sell the Defendant Products will result in further breach of the MLA and/or the direct infringement of at least independent claim 12 of the '184 Patent.

- 15 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

93.     The MLA, negotiated by MerchSource at arms-length, states that "MerchSource desires to manufacture and sell virtual reality viewer products having a capacitive touch input mechanism containing the Licensed IP," and DODOCASE is not aware of any contention by Defendants that the Defendant Products would not infringe the '184 Patent absent a license.

### Claim 12

94.     The Defendant Products are virtual reality viewers for use with a mobile electronic device having a touch-screen.

95.     The Defendant Products comprise a first lens and a second lens, wherein the first lens is facing the same direction as the second lens, and wherein the first lens and the second lens are spaced apart in a horizontal direction.

96.     The Defendant Products comprise an enclosure having a first side and a second side opposite the first side, the first side configured to hold the first lens and the second lens, the second side configured to receive the mobile electronic device.

97.     The Defendant Products include a user input that is accessible from an exterior of the enclosure and has a first position and a second position.

98.     The Defendant Products include a touchscreen input conductively coupled to the user input and generally centered between the first lens and the second lens in the horizontal direction, wherein, upon receipt of the mobile electronic device, the touchscreen input is in physical contact with the touchscreen when the user input is in the second position.

99.     Further, the Defendant Products are covered by dependent claims 15-18 and 20 of the '184 Patent.

100.     Defendant MerchSource (and, upon information and belief, ThreeSixty) had notice of the '184 Patent, and the likelihood of its infringement thereof, as of its issuance on November 7, 2017 (as evidenced by MerchSource's October 5, 2017 acknowledgement of the application that resulted in the '184 Patent).

- 16 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

101.    To the extent required by law, DODOCASE has complied with, and requires all licensees to comply with, the provisions of 35 U.S.C. § 287. Moreover, the MLA requires that MerchSource mark the Defendant Products with the '184 Patent number.

102.    Defendants' threatened breach of the MLA and/or direct infringement as described above, if not enjoined, will injure DODOCASE as long as such breach and/or infringement occurs.

103.    Based on Defendants' acknowledgement that the Defendant Products incorporate the technologies of at least the '075 Patent (to which the '184 Patent claims priority), and the unique facts of the past relationship between DODOCASE and MerchSource (as described above), DODOCASE reserves the right to seek discretionary enhancement of any damages under 35 U.S.C. § 284 and attorneys' fees and costs under 35 U.S.C. § 285.

104.    There is a substantial threat of irreparable injury from Defendants' threatened breach of the MLA and/or infringement of the '184 Patent (including Defendants' unlawful encumbrance of the property rights granted by the DODOCASE Patents, which encumbrance places a cloud over DODOCASE's ability to license its patent rights at a fair market value).

105.    Accordingly, Defendants should be enjoined from breaching the MLA and/or infringing the '184 Patent.

**COUNT VI: DECLARATORY JUDGMENT AS TO THE VALIDITY AND ENFORCEABILITY OF UNITED STATES PATENT NO. 9,811,184**

106.    DODOCASE realleges and incorporates by reference paragraphs 1-39 and 90-105, inclusive, as though fully set forth herein.

107.    The '184 Patent was duly issued by the United States Patent Office on November 7, 2017.

108.    The '184 Patent is entitled to the presumption of validity set forth in 35 U.S.C. § 282.

109.    On or about October 5, 2017, MerchSource (through counsel) stated its intention to breach the MLA and/or infringe the '184 Patent in the future by continuing to make, use, sell,

- 17 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

and/or offer to sell the Defendant Products without payment in light of MerchSource's claim that "all relevant claims [of the '184 Patent] are invalid under 35 U.S.C. § 102 and/or § 103."

110.    As of the filing of this Complaint, Defendants have never identified any alleged prior art pursuant to §§ 102 and/or 103 that would invalidate or render unenforceable the '184 Patent.

111.    Upon information and belief, Defendants have not undertaken a serious analysis of the '184 Patent in light of their alleged prior art but, rather, MerchSource used the vague threat of invalidity to justify its refusal to pay a reasonable royalty (as already agreed to by the parties in arms-length negotiations resulting in the MLA) while continuing to make, use, sell and/or offer to sell the Defendant Products.

112.    MerchSource's invalidity challenge, though unsubstantiated, has placed a cloud of uncertainty over the '184 Patent and, at a minimum, has served as an unjustified basis for Defendants to threaten breaches of the MLA and/or future infringement of the '184 Patent.

113.    Defendants' continued challenge of the validity of the '184 Patent will result in continued harm to DODOCASE resulting from Defendants' breach of the MLA and/or infringement of the '184 Patent based solely on said unsubstantiated challenge.

114.    Accordingly, a present case or controversy exists between the parties and DODOCASE requests a declaration from this Court that the '184 Patent is valid and enforceable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff DODOCASE VR, Inc. respectfully requests this Court to enter judgment against Defendants MerchSource, LLC and ThreeSixty Brands Group LLC, jointly and severally – and against each of their subsidiaries, predecessors, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them – granting the following relief:

- 18 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

A.    The entry of declaratory judgment in favor of DODOCASE and against Defendants that the DODOCASE Patents are valid and enforceable as provided by 35 U.S.C. § 282;

B.    Injunctive relief preventing any future breaches of the MLA and/or infringement of the DODOCASE Patents and preventing irreparable injury to DODOCASE as provided by 35 U.S.C. § 283, particularly in view of the competitive relationship of the parties;

C.    An award of damages against Defendants adequate to compensate DODOCASE for any infringement that may occur in the future, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date the infringement began;

D.    An accounting of all costs associated with the filing and maintenance of this action incurred by DODOCASE;

E.    A finding that this case is exceptional based at least on Defendants' conduct and an award to DODOCASE of its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285; and

F.    Such other relief to which DODOCASE is entitled under the law and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Plaintiff DODOCASE VR, Inc. demands a trial by jury on all issues so triable.


December 13, 2017

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

Respectfully submitted,

*/s/ Marc Libarle*
LAW OFFICES OF MARC LIBARLE
Marc Libarle (*State Bar No. 071678*)
ml7006@gmail.com
1388 Sutter Street, Suite 910
San Francisco, CA 94109
Phone: (415) 928-2400

*Of Counsel:*
HALLER LAW PLLC
Timothy J. Haller (*Pro Hac Vice Pending*)
haller@haller-iplaw.com

NOBLE IP LLC
Gabriel I. Opatken (*Pro Hac Vice Pending*)
gabriel@nobleipllc.com

*Attorneys for Plaintiff DODOCASE VR, Inc.*

- 20 -

COMPLAINT FOR DECLARATORY JUDGMENT AND
INJUNCTIVE RELIEF

# EXHIBIT A

## TO

## COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

US009420075B2

(12) **United States Patent**
Buckley

(10) Patent No.: **US 9,420,075 B2**
(45) Date of Patent: **Aug. 16, 2016**

(54) **VIRTUAL REALITY VIEWER AND INPUT MECHANISM**

(71) Applicant: **DODOcase, Inc.**, San Francisco, CA (US)

(72) Inventor: **Patrick Buckley**, San Francisco, CA (US)

(73) Assignee: **DODOcase, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/801,606**

(22) Filed: **Jul. 16, 2015**

(65) **Prior Publication Data**

US 2016/0018853 A1    Jan. 21, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/025,376, filed on Jul. 16, 2014, provisional application No. 62/161,857, filed on May 14, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| *G02B 27/01* | (2006.01) |
| *H04M 1/04* | (2006.01) |
| *G06F 3/044* | (2006.01) |
| *G06T 19/00* | (2011.01) |
| *H04M 1/02* | (2006.01) |
| *H04M 1/21* | (2006.01) |
| *G06F 1/16* | (2006.01) |
| *G06F 3/01* | (2006.01) |
| *G06F 3/041* | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *H04M 1/04* (2013.01); *G02B 27/0176*

(2013.01); *G06F 1/163* (2013.01); *G06F 3/011* (2013.01); *G06F 3/041* (2013.01); *G06F 3/044* (2013.01); *G06T 19/006* (2013.01); *H04M 1/0266* (2013.01); *H04M 1/21* (2013.01); *G02B 2027/0178* (2013.01)

(58) **Field of Classification Search**
CPC ................................... G02B 27/01–2027/0198
USPC ........................................................ 345/7–9
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2013/0141360 A1*  6/2013  Compton .............. G06F 1/1632
345/173

* cited by examiner

*Primary Examiner* — Michael Pervan
(74) *Attorney, Agent, or Firm* — Leason Ellis LLP

(57) **ABSTRACT**

The present invention concerns virtual reality viewers for use with touchscreen enabled mobile devices. The virtual reality viewer comprises: a housing configured to receive a mobile electronic device within an interior of the housing; and an input mechanism that is accessible from an exterior of the housing and that is moveable within the interior between a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position. The disclosed systems and methods facilitate receiving user inputs on the exterior of the housing and providing the user inputs to the touchscreen within the housing using the electro-mechanical input mechanism. Accordingly, the viewer can be used with a variety of smartphones without requiring magnetic switches or a wireless/cable connection between the input device and the smartphone.

**20 Claims, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D



FIG. 7E



FIG. 7F

US 9,420,075 B2

1

# VIRTUAL REALITY VIEWER AND INPUT MECHANISM

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is related to and includes U.S. Provisional Patent Application Ser. No. 62/025,376 titled "SYSTEM AND METHOD FOR VR HEADSET USER INTERACTION" filed on Jul. 16, 2014 and listing inventors Patrick Regan Buckley, Craig Dalton and Gene Daly; and U.S. Provisional Patent Application Ser. No. 62/161,857, titled "SYSTEM AND METHOD FOR VIRTUAL REAL-ITY HEADSET USER INTERACTION THROUGH ELEC-TROMECHANICAL DEVICE AND TOUCHSCREEN," filed on May 14, 2015 and listing inventors Patrick Regan Buckley, Craig Dalton and Gene Daly, which are each hereby incorporated by reference as if set forth in their respective entireties herein.

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to virtual reality viewer devices, in particular, virtual reality viewer devices for use with personal mobile electronic devices and having an input device.

## BACKGROUND OF THE INVENTION

Virtual reality viewers and headsets (collectively referred to as viewers) are becoming an increasingly popular way of viewing digital media, gaming and the like. With the wide-spread distribution of powerful and capable smartphone devices, many VR viewers are designed to use such smartphone devices as the visual display device, instead of having dedicated displays and electronics.

Typically the viewers have a housing that a user looks into in order to view the video display device contained within the housing. Viewers can be hand-held devices that a user holds up to the users face/eyes, for example, like a user would hold a pair of binoculars. Viewers can also be worn on a user's head, so as to free the users hands while looking into the viewer.

As would be understood by those in the art, viewers configured to use a smartphone as the visual display device typically receive the smartphone such that the smart phone display is viewable when a user looks into the viewer housing. These viewers also typically include one or more optical lenses within the housing so as to facilitate a three-dimensional viewing experience despite the two-dimensional display of the smartphone. In some instances the smartphone is completely contained within the housing, in other implementations the smartphone is attached to the housing in a manner such that the display is exposed within the interior of the viewer

One challenge to utilizing a smartphone in these types of viewers is that the touch sensitive display is concealed within the viewer housing, thereby making it difficult for a user to interact with the touch sensitive display of the device. To overcome this, some existing VR viewers utilize magnets on the exterior of the viewer as input devices, however one drawback is that the locations of magnetic sensors on smartphones vary from device to device and, as such, these viewers with magnetic inputs are only effectively used with a limited number of devices. Other VR viewers utilize built in accelerometers or other such position/orientation sensors within the smartphone to detect movement or the absence of movement

2

and identify user inputs using the movement data. Other VR viewers utilize dedicated input devices, like video game controllers, that connect to the electronic device within the viewer either by a wired plug like connection (e.g., USB or Apple compatible connector), or a wireless connection capabilities. However, such VR viewer configurations typically require complex electronic circuitry and wireless connectivity capabilities in order to facilitate the capture and transfer of user inputs. Moreover, dedicated input controllers can be cumbersome when used with hand-held viewer.

What is needed is a VR viewer having integrated user input devices that is configured for use with a wide variety of conventionally available smartphone devices.

These considerations are addressed by the present invention.

## SUMMARY OF THE INVENTION

The present invention concerns a virtual reality viewer including an input mechanism that can be used with mobile electronic device having a touchscreen contained within the viewer. According to a first aspect, the virtual reality viewer for use with a mobile electronic device having a touch-screen, comprises: a housing configured to receive a mobile electronic device within an interior of the housing. In addition, the viewer further comprises an input mechanism that is accessible from the exterior of the housing and is moveable within the interior between at least a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position.

According to another aspect, the virtual reality viewer for use with a mobile electronic device having a touch-screen, comprises: a housing configured to receive a mobile electronic device within an interior of the housing; and an input device including a first portion that is accessible from an exterior of the housing, and a surface within the interior that is configured to contact the touch-screen of the mobile electronic device and transfer a capacitive touch input to the touch-screen in response to a user interaction with the first portion.

These and other aspects, features, steps and advantages can be further appreciated from the accompanying figures and description of certain illustrative embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**, illustrates an exemplary virtual reality viewer;
FIG. **2**, illustrates the viewer of FIG. **1**;
FIG. **3**, illustrates the viewer of FIG. **1**;
FIG. **4**, illustrates an exemplary virtual reality viewer;
FIG. **5**, illustrates an exemplary virtual reality viewer;
FIG. **6**A, illustrates an exemplary virtual reality viewer including an input mechanism in accordance with an embodiment of the invention;
FIG. **6**B, illustrates the viewer of FIG. **6**A;
FIG. **7**A, illustrates an exemplary input mechanism for a virtual reality viewer in accordance with an embodiment of the invention;
FIG. **7**B, illustrates the exemplary input mechanism for a virtual reality viewer of FIG. **7**A;
FIG. **7**C, illustrates a virtual reality viewer including the input mechanism of FIG. **7**A;
FIG. **7**D, illustrates the exemplary viewer and input mechanism of FIG. **7**C;
FIG. **7**E, illustrates the exemplary viewer and input mechanism of FIG. **7**C; and

3

FIG. **7**F, illustrates the exemplary viewer and input mechanism of FIG. **7**C.

DETAILED DESCRIPTION OF THE INVENTION

According to an aspect of the subject application, Virtual reality viewer systems and methods are provided that facilitate the capture of user inputs while using the virtual reality viewer. More specifically, the disclosed systems and methods provide a virtual reality viewer for use with a wide variety of personal electronic devices (e.g., a smartphone) as the visual display device, and having improved tactile user input capabilities.

According to a salient aspect, the disclosed systems and methods facilitate receiving tactile user inputs (e.g., user touches, button depressions etc.) on the exterior of the housing of the viewer and providing the user inputs to the touch sensitive display of the smartphone device that is within the viewer housing. In this manner, the disclosed systems and methods provide a viewer that is configured to be useable with a wide variety of smartphones without requiring input devices that require specifically placed magnetic sensors, wireless or dedicated cable connection to the electronic device **15**.

In one arrangement, the viewer is provided having a housing that encloses a generally hollow interior. As shown in FIG. **1**, which is a perspective view of an exemplary viewer **10** having a conventional construction without an input mechanism. As shown, the viewer comprises a housing **12** that includes a front surface **30**, back surface **25**, top surface **45**, bottom surface **50** (not shown), left surface **40** and right surface **35**.

In some implementations, when in operation, housing **12** will be disposed in the position directly in front of the user's eyes such that the lenses contained in the housing, are in alignment with each of the user's eyes and the display of the electronic device is viewable through the lenses. It should be understood that the housing can be held by the user, or worn by the user such that the back surface of the housing is held against or in proximity to the users face.

The housing **12** is configured to receive an electronic device **15** having a touch sensitive display. The electronic device **15** can be any electronic device configured to visually display information via a display (e.g., LED, Plasma, LCD display) and receive user inputs via a touch sensitive user interface (e.g., a capacitive touch sensitive display), as would be understood by those skilled in the art. For example and without limitation, electronic device **15** can include a smartphone or other such personal electronic device having a touch sensitive display, for example, an iPhone or Android smartphone device and the like that are commercially available.

Preferably the electronic device **15** is received or mounted within the interior of the housing **12** such that the electronic device display **17** is viewable when the user is looking through the housing **12**. By way of further example, the electronic device **15**, can be mounted on the housing such that it defines the back surface of the viewer. It can be appreciated that other configurations for the viewer **10** are envisioned without departing from the scope of the invention.

As shown in FIG. **2**, which is a back view of the viewer (the terminology back side of refers to the side that the user looks into), preferably the housing **12** is configured to receive the electronic device **15** such that the touch sensitive display **17** of the device **15** is centered in a vertical direction **80** and/or a horizontal direction **85**.

As shown in FIGS. **1** and **2**, in some implementations, the housing includes one or more lenses **70** disposed therein

4

arranged to be in alignment with the user's eyes when the user looks into the viewer. Generally, lenses **70** are mounted such that light from the display of the electronic device passes through lenses **70** to the user's eyes. The configuration, construction and placement of a lens or lenses **70** for use in virtual reality viewers are generally known and understood by those skilled in the art.

A view divider **20** can also be disposed within the housing. FIG. **4** is a perspective view of an exemplary configuration of a viewer **10** without a top, bottom and sides and showing the interior space of the viewer including the view divider **20**. FIG. **5** shows a bottom view of the interior of an exemplary viewer **10** including view divider **20** and having the left and right, bottom and front sides removed. Referring to FIG. **5**, the view divider **20** is configured to isolate the field of view of the left eye from the right eye. In other words, the view divider serves to obstruct the right eye from seeing or receiving images displayed by the left portion **19** of the display **17** of the electronic device **15** and the left eye from seeing images displayed by the right portion **18** of the display **17**. It should also be appreciated that the particular width of the left and right portions of the display that are actually viewable by the user can vary depending on the lenses. In some implementations view dividers are not used.

Between the left and right portion of the display **17** is a central portion **14** of the display. The central portion of the display is not viewable by either the left or right eye due to the view divider **20**, and, in addition or alternatively, due to the optical characteristics of the lenses **70**. The width of the central portion **14** can range from the width of the view divider **20** but can be larger depending on the optical characteristics of the lenses **70**. The central portion **14** that is not viewable by either the left or right eye can also vary in shape depending on the optical characteristics of the lenses. For example it might be rectangular or an hour glass shape that is wider towards the top and bottom sides of the viewer and narrower in the middle section of the display **17**.

In one arrangement, the viewer **10** is configured to include one or more input devices that are configured to receive user inputs at the exterior of the viewer and provide such inputs directly to the touch sensitive display **17**. The input devices can be configured to be passive and/or active input devices.

Preferably the inputs are provided to the display at the central portion **14** of the display, however one or more of the user inputs can be provided to the electronic device at alternative portions of the display **17** as well. Because the central portion **14** of the display is not viewable by the left or right eye to, by providing inputs at the central portion **14**, the viewer **10** is capable of providing inputs to the electronic device **15** in a manner that does not disturb the field of view of the left or right eye. Moreover, because the device **15** is received within the housing and preferably positioned such that the display **17** portion of the device is generally centered in at least a horizontal direction and often in vertical direction as well, providing inputs in the central portion **14**, for example, where the view divider **20** is proximate to the display **17**, allows the systems and methods disclosed herein to be useable with a wide variety of touch sensitive smartphone devices of various sizes and screen layouts. Moreover software can be configured universally to these touch points regardless of the shape or size of the device because of the centered location.

An exemplary implementation of a viewer including an input mechanism in accordance with an embodiment of the invention is shown in FIG. **6**A-**6**B, which depict a cross-sectional view and of the exemplary viewer **10**, including the view divider **20** and the electronic device **15** from the side and back perspective respectively. As shown, the viewer includes

5

input devices that include one or more touchscreen inputs (26a-26d). In this particular exemplary configuration, the touchscreen inputs (26a-26d) are disposed on the distal surface 22 of the view divider 20. Preferably, the electronic device 15 is mounted in a manner such that the touch sensitive display 17 of the device 15, is proximate to (or is touching) at least a portion of the distal surface 22 of the view divider 20, such that the display 17 (not shown from this particular perspective) of the device is in physical contact with the surface of the touchscreen input portion of the input mechanism.

As most smartphones have capacitive touch sensitive displays, in an exemplary implementation, the touchscreen inputs (26a-26d) are constructed from a conductive material, for example, a conductive foam or polymer and the like as are used as the tip of a stylus configured for use with a capacitive touch screen. A compressible material will allow the housing to accommodate devices of varying thicknesses and create a capacitive connection between the display and the touchscreen inputs without the screen touching other portions of the surface 22, for example, to prevent scratching of the screen, provide communicative connection between touchscreen input and the touchscreen without cross-talk and other such considerations.

Preferably, the touchscreen inputs (26a-26d) are electrically coupled to one or more user inputs (29a-29d) that are configured to receive user interactions while using the viewer. Preferably the user inputs (29a-29d) are exposed on the outer surfaces of the housing or positioned on the exterior of the housing 12 such that the user can interact with the user inputs (29a-29d) while using the viewer 10, although other configurations are envisioned without departing from the scope of the invention. The user inputs are configured to sense/detect or receive the user interactions and transmit/transfer/relay the user interaction to the touch sensitive display via the touch screen inputs (26a-26d). In some implementations, the user inputs relay the user interactions to the touch screen inputs (26a-26d) via input leads (28a-28d), respectively. For example and without limitation, input leads can be conductive wires/leads that electrically couple the user inputs (29a-29d) to touchscreen inputs (26a-26d).

In such an exemplary configuration in which the input device is a passive input device, the user inputs (e.g., 29a-29d) are preferably constructed of conductive material, for example, a metalized polymer, conductive polymers, conductive/capacitive inks, carbon based inks or other such inks designed to activate capacitive screens. Accordingly, a user touch of a conductive user input (e.g., 29a), via the conductive lead (e.g., 28a) and touchscreen input (e.g., 26a), will alter the electrical properties of the portion of the display 17 that is in contact with the touchscreen input.

As will be understood by those skilled in the art, the device 15 having a capacitive touch sensitive display 17 can detect the particular location of a change in the electrical property that is caused by the user touch of the user input (e.g., 29a). As would be understood by those skilled in the art, based on the particular location of the sensed change, the device 15, which has a processor executing instructions in the form of code, can interpret that an electrical change sensed at a particular location on the display 17 corresponds to a user interaction with a particular user input and corresponds to a prescribed input instruction, for example, a left mouse click or a right mouse click, or a double click, or as the user moving a cursor, or other such functions. Moreover, it would be understood that other combinations of user interactions sensed by the touch sensitive display can be interpreted as one or more of a number of user inputs such as pushing all 4 buttons at once could represent grabbing a virtual item. The 3 dimensional physical

6

interaction offered by the users hands wrapping around the virtual reality viewer and interacting with the inputs can more easily be translated into 3 dimensional virtual interactions in a more natural way then previous user input mechanisms used today. It should also be understood that the arrangement of the touchscreen inputs the corresponding user inputs and associated functions can be pre-defined in software that is loaded into and executing in the device 15 processor.

Although an exemplary passive input device configuration having 4 distinct user inputs has been disclosed, it can be appreciated that other passive input device configurations are envisioned. For example an array of user inputs and corresponding touchscreen inputs can be provided. It should also be understood that other active input device configurations can also be implemented in accordance with the disclosed embodiments without departing from the scope of the invention.

Although FIG. 6A shows the user inputs positioned on the top and bottom surfaces of the housing 12 and also shows that the leads run through the view divider 20 and through the top and bottom surfaces of the housing to corresponding user inputs, it can be appreciated that the leads can run through any portions of the housing. It can be further appreciated that any number of the user inputs (29a-29d) can be located on any portion of the housing and in any orientation or configuration. Moreover, it can be further appreciated that any number of touchscreen inputs (e.g., 26a-26d) can be located on the distal end 22 and in any orientation or configuration.

Moreover, although the exemplary configuration provides the user inputs to the screen 17 at the central portion 14 of the display 17 via the view divider 20, other configurations are possible. For example, the viewer can provide such touchscreen inputs (e.g., 26a-26d) on a surface that abuts one or more other portions the display 17.

In accordance with the disclosed embodiments of the invention, the exemplary viewers can be configured to allow the user to mechanically induce an electrical/capacitive touch event on the touchscreen. Further to the foregoing exemplary embodiments of the invention, additional exemplary configurations of a viewer having an input mechanism, which is also referred to as the user input assembly, configured to induce a capacitive touch event that is detectable by a touchscreen based on mutual-capacitance are further described herein. It can be appreciated that the exemplary implementation described herein can be adapted to mechanically induce input events on a variety of types of touchscreens (e.g., resistive touchscreen events, touch events). Additional exemplary configurations of the viewer in accordance with the disclosed embodiments of the invention are further described herein in relation to FIGS. 7A-7F.

FIG. 7C depicts a perspective view of a viewer 700 assembled and having a front side open showing the generally hollow interior of the viewer. Also shown is an input mechanism 715. The input mechanism is disposed within the interior 702 of the housing of the viewer 700. Moreover, at least a portion of the input mechanism is also accessible from the exterior of the viewer such that a user can interact with the input mechanism and cause the portion of the input mechanism contained within the housing to generate a touch input on the touch interface. More specifically, the input mechanism is moveable within the interior between at least a first position (also referred to as an unactuated state), in which a portion of the input mechanism is retracted so as to not contact a touchscreen of the mobile device, and an extended position (also referred to as the actuated state) in which a surface of the input mechanism contacts the touch-screen of the mobile electronic. As shown, at least a portion of the input

US 9,420,075 B2

7                                                          8

mechanism is centrally located within the housing and defines at least a portion of a view divider **710**. It should be appreciated that the housing and or one or more portions of the input mechanism further described herein can be comprised of a variety of materials such as plastics, metals, composites, woods and other heavy paper-like materials (e.g., cardboard) and or other such natural and synthetic materials.

FIG. **7A** depicts the view divider **710** with one side of the view divider folded back so as to expose a portion of the user input mechanism **715** disposed within the interior of the viewer **700**. The diagram also shows the user input mechanism **715** in an unactuated state.

As shown, FIG. **7A** depicts a distal end **720** of a user input portion of the user input mechanism, which in this exemplary implementation is a lever. The proximal end (not shown) of the lever is accessible to a user from outside the viewer when assembled. The diagram depicts the input assembly **715** in an un-actuated state. Also shown is an electrical shield **725**. The electric shield is arranged such that at least a portion of the electric shield is configured to contact the touch-screen of the mobile electronic device when the input mechanism is in the extended position. The electrical shield is a material configured to, when brought in proximity to and/or touches the touchscreen, induce a touch event that is electrically detectable by the touchscreen/device. In some implementations the electrical shield material can be a metallized textile/fabric or films, e.g., polymer film coated with a thin layer of metal, for example PET (Polyethylene terephthalate) films and Mylar (BoPET Biaxially-oriented polyethylene terephthalate). Such metalized materials are commonly used in anti-static bags. Moreover, the electrical shield can be comprised of other metallic conductors, non-metallic conductors, metallized fabrics, metallized polymers, conductive polymers, conductive fabrics, flexographic inks, rigid flex printed circuit board (PCB) and the like. As would be understood by those skilled in the art, such materials have electrical properties that, when a surface of the material is brought in proximity to a touchscreen and/or touches a touchscreen, can affect the electrical properties detected at that location by the touchscreen device. Other materials having the requisite electrical properties can also be used, for example, inks or pastes with carbon such as black flexographic inks having capacitive touch properties that are printed on substrates. Moreover, it can be appreciated that a combination of materials can be used to provide a surface of the input mechanism that is configured to induce a detectable touch input when the surface is touched to the touchscreen. For example the electric shield can include a conductive polymer arranged to selectively contact the touchscreen and that is electrically coupled to a metallized fabric or conductive ink applied to a surface of the housing and/or input mechanism.

In some implementations, the electric shield is configured (e.g., sized and/or positioned) so as to have capacitive properties sufficient to be detected by a capacitive touch-screen when the input mechanism is in the extended position and in the absence of human contact with the electric shield. However, it can also be appreciated that, in some implementations, the electric shield can be electrically coupled to the portion of the input mechanism that is interacted with by the user such that electrical properties of the user's body can be utilized to induce the touch input.

Also shown is a coupling **730** that is configured to move the input mechanism towards the touchscreen when the lever is actuated. The coupling is a linkage that couples the portion of the input mechanism that is accessible to the user from the exterior (e.g., the proximal end of the lever) to the surface of the input mechanism configured to touch the touchscreen and

induce a touch input. The coupling mechanically translates user actuation of the portion of the input mechanism from the exterior of the housing into movement of the input mechanism within the interior of the housing and causing a surface of the input mechanism to touch the touchscreen. For example, in the particular implementation shown in FIGS. **7A**-**7F**, actuation of the lever causes the coupling to deform and extend in a direction towards the touchscreen, which in turn moves a portion of the electrical shield towards the touchscreen. Furthermore, as shown in FIG. **7A**, the coupling can be coupled to the housing. As can be appreciated, coupling one or more portions of the input mechanism to the housing can serve to support the input mechanism as well as guide the movement of the input mechanism during user actuation.

The coupling can be comprised of one or more flexible materials such as plastics, metals, composites, woods and other heavy paper-like materials (e.g., cardboard) and or other such natural and synthetic materials. A linkage or coupling that is flexible can be beneficial in that the material memory causes the coupling to return to a resting state when pressure is released from the lever which automatically pulls the input mechanism away from the touchscreen. However, alternative methods for automatically retracting the contact surface of the input mechanism can be similarly implemented without departing from the scope of the invention.

Although a particular exemplary linkage configuration is described in relation to FIGS. **7A**-**7F**, it can be appreciated that other linkage configurations can be implemented without departing from the scope of the invention. It can also be appreciated that, although the lever, coupling and metallic shield have been described as individual components, the subject invention is not so limited as one or more of the foregoing components can be joined or integrally formed as single unit. Similarly, it can also be appreciated that one or more of the components of the input mechanism can be joined to the housing or integrally formed with the housing in a permanent or temporary fashion using any conventional manufacturing techniques.

In some implementations, a compressible pad **735**, for example, a foam or foam-like material can be disposed between the flexible coupling and the electric shield. The pad can be placed between the flexible coupling and the electrical shield **725** in at least the location where the coupling contacts the metallic shield when extended (e.g., the back side of the electrical shield where the front side of the shield material contacts the touchscreen when extended). It can be appreciated that the electrical shield can be attached to the foam material or unattached. It can also be appreciated that the pad can be coupled to the coupling either directly or indirectly by one or more intermediate structures that comprise the input mechanism. The pad is used to create a sufficiently sized contact surface between the front side of the shield material and the touchscreen so as to register a touch input event on the screen (e.g., to simulate the size and shape of a finger). The pad also helps the surface of the input mechanism configured to touch the touchscreen (i.e., the shield material) conform to the touchscreen surface when the input mechanism is in the extended position/actuated state.

It can be appreciated that various sizes and shapes of the pad can be used to induce a sufficient sized contact surface. It can also be appreciated that in some implementations the pad can be omitted. It can also be appreciated that the metallic shield and pad may be integrated or combined into a single material such as conductive foam gaskets used in Electromagnetic Interference (EMI) or Radio Frequency Interference (RFI) applications. It can also be appreciated that the pad

9
10

can be sized and/or shaped such that actuating the input mechanism with greater force causes a greater surface area of the electrical shield to be applied to the screen which can be interpreted differently by the device than when a smaller surface area is detected by the touchscreen. This input mechanism configuration can be used to provide a secondary signal for detecting the amplitude of the users input, for example a method for detecting the amount of force the user applied to the input.

A portion of the lever can be attached to or in communication with (i.e., touching) or integrally formed to at least a portion of the coupling. For instance, as shown, the distal end of the lever can be abutting a portion of the coupling such that, when the lever is actuated at a proximal end, movement of the distal end of the lever causes the plastic coupling to buckle and at least a portion of the coupling extends in the direction towards the touchscreen. In addition or alternatively the coupling can be a structure that is flexibly coupled to one or more portions of the housing such that it moves in a prescribed manner when a lever is moved or a button is pushed by the user.

FIG. 7A depicts the view divider 710 with one side of the view divider folded back so as to expose the user input assembly 715 disposed within the view divider of the viewer 700. The diagram also shows the user input assembly 715 in an unactuated state.

FIG. 7B depicts the view divider 710 with one side of the view divider folded back so as to expose the user input assembly 715 disposed within the view divider of the viewer 700. The diagram also shows the user input assembly 715 in an actuated state.

FIG. 7C depicts a perspective view of the viewer 700 assembled and showing the view divider 710 and showing at least a portion of the user input assembly 715 disposed within the interior of the housing 700. The diagram also shows the user input assembly 715 in an un-actuated state. As shown, the user input (lever) includes a proximal end portion 722 that extends through a cut-out in the housing of the viewer 700 and is accordingly accessible to the user from the exterior of the housing. It can be appreciated that alternative configurations in which one or more portions of the lever or other such mechanical actuators or portions of the input mechanism is accessible from the exterior of the viewer are envisioned. For instance the lever can be contained within the interior of the housing and accessible to the user through a cut-out through an external wall of the housing.

FIG. 7D depicts a side view of the viewer 700 assembled and showing the view divider 710 and showing at least a portion of the user input assembly 715 disposed within the interior of the viewer housing 700. The figure also shows the user input assembly 715 in an un-actuated state.

FIG. 7E depicts a perspective view of the viewer 700 assembled and showing the view divider 710 and showing at least a portion of the user input assembly 715 disposed within the interior of the viewer housing 700. The diagram also shows the user input assembly 715 in an actuated state where the electrical shield is extended out of the cut-out in the view divider.

FIG. 7F depicts a side view of the viewer 700 assembled and showing the view divider 710 and showing at least a portion of the user input assembly 715 disposed within the interior of the viewer 700. The diagram also shows the user input assembly 715 in an actuated state where the electrical shield is extended out of the cut-out 712 in the view divider.

When a user device is placed within the viewer, such that the touchscreen is facing the interior of the viewer and near the view divider, actuating the user input assembly by actuating the lever can cause the coupling to flex and therefore cause the electrical shield to extend towards and touch the touchscreen of the user device. In this exemplary implementation, the coupling and shield extend out of a cut-out in the view divider. As a result, the device can detect the change in an electrical property at one or more locations of the screen, which is caused by the electrical shield touching (or approaching) the touch-sensitive display.

Accordingly, it can be appreciated that, what is provided is a virtual reality viewer for use with an electronic touchscreen device comprising a housing for receiving and holding a touchscreen display device within an interior region of the housing. The viewer further comprising an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position. In one particular implementation, the input mechanism comprises a lever having a proximal end that is exposed to the exterior of the housing and a distal end disposed within the housing, whereby the proximal end of the lever is accessible by a user from the exterior of the housing and actuation (e.g., movement) of the lever at the proximal end translates to mechanical movement of the distal end. The viewer further comprising a coupling attached to or in communication with the distal end of the lever such that, when the lever is actuated at the proximal end, movement of the lever causes at least a portion of the coupling to move toward a back wall of the housing, e.g., extend or move in a direction of the touchscreen. The viewer further comprises an electrical shield, wherein the electrical shield is a material configured to induce a touch event that is electrically detectable by a touchscreen/device when at least a portion of the shield contacts or is in proximity to a touchscreen. In addition, the portion of the electrical shield is positioned between the coupling and the touchscreen such that movement of the coupling advances at least the portion of the electrical shield material toward the touchscreen so as to induce the touch event. Moreover, the viewer can further comprise a compressible pad disposed between the portion of the coupling and the electrical shield, wherein the pad is attached to the coupling and is sized, shaped and has the softness/rigidness to create a sufficiently sized contact point for generating a touchscreen detection event on the touchscreen device. The compressible pad and electrical shield material work to mimic the electrical and physical properties of a human finger so that any form of touch screen technology will register a touch event when the lever mechanism is actuated. As would be understood by those skilled in the art the combination of physical, and electrical properties of this pad electrical shield material can be tuned to work on a variety of touch screen technologies such as capacitive, resistive, or conductive touch screen technologies. As previously noted, in some implementations, one or more components of the exemplary user input assembly can be integrated into or part of the view divider.

According to a salient aspect, the viewer and the exemplary electro-mechanical user input assembly is configured to allow a user to interact with the touch sensitive screen without access to the touch sensitive screen while within the viewer. Moreover, the exemplary viewer and user input assembly can be configured to allow a user to interact with the touch sensitive screen without reliance on the electrical properties of the human body to induce the electrical event. For instance, the metallized film 725 can be sized such that it is suitable for inducing a touch event without requiring user contact therewith. In addition or alternatively, the portion of the metallized

11

film that is configured to touch the screen can be accessible to receiving a user touch. For instance, a portion of the metallized film can be exposed on the lever **722** or otherwise accessible to the user on an external surface.

As would be understood by those skilled in the art, the mobile electronic device, which has a processor executing instructions in the form of code, can detect that electrical property change at the one or more locations and interpret the change as one or more prescribed user interactions. In some implementations, the user interaction can be interpreted as a simple click event. In some implementations, a variety of possible user interactions can be detected as a function of the location of the touch event on the touchscreen (e.g., as caused by different input mechanisms configured to cause touch inputs at respective locations on the touchscreen), the duration of the touch event, the size of the area of the touchscreen registering the touch event, and the like. These detected aspects of the touch event can be interpreted and translated into one or more prescribed input instructions, for example, a left mouse click or a right mouse click, a double click, or as the user moving a cursor, a virtual gesture such as a grab, push, pull, throw, pinch or as a scaled input instruction such as a hold softly or hold firmly or other such functions.

Moreover, user interactions detected by the touch sensitive display can be interpreted in combination with one or more other input devices. More specifically, a user interaction detected can be interpreted in light of other input data received by the user device from other on-board input devices or data sources, for example and without limitation, an accelerometer that detects the orientation and location of the device or a camera or 3d scanner that detects the physical environment of the user or portions of the users body position. In addition, the housing can also include one or more additional user input devices electrically coupled to the mobile device by a wireless or wired connection, such that inputs via the electro-mechanical input mechanism can be provided to the mobile device in addition to inputs provided using the additional input device. For example, based on the orientation and location of the device and the information being viewed by the user on the device, the device can determine that a user is looking at an interactive virtual icon using the viewer. Paired with the user actuation of the user input mechanism and the detection of a touch input, the device can interpret the combined user input (e.g. accelerometer data and the touch interaction data) as a "mouse click" on that particular virtual icon or as a grab or hold of that virtual item or icon. Another example might be combining the accelerometer data for device position, camera data from the device capturing the users physical environment, and a touch event from the mechanism described in this invention in a way that allows the user to select a real physical item to scan/import into a virtual or augmented reality interface allowing for the digital manipulation of the physical item or overlaying additional information about the physical item.

It can also be appreciated that the user input mechanism can be adapted to induce user interactions at a variety of different locations or multiple user input assemblies can be provided to facilitate more complex user inputs.

It is to be understood that like numerals in the drawings represent like elements through the several figures, and that not all components and/or steps described and illustrated with reference to the figures are required for all embodiments or arrangements.

The subject matter described above is provided by way of illustration only and should not be construed as limiting. The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limit-

12

ing of the invention. As used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising", when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/ or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Also, the phraseology and terminology used herein is for the purpose of description and should not be regarded as limiting. The use of "including," "comprising," or "having," "containing," "involving," and variations thereof herein, is meant to encompass the items listed thereafter and equivalents thereof as well as additional items.

The subject matter described above is provided by way of illustration only and should not be construed as limiting. Various modifications and changes can be made to the subject matter described herein without following the example embodiments and applications illustrated and described, and without departing from the true spirit and scope of the present invention, as set forth in each and any of the following claims.

What is claimed:

**1**. A virtual reality viewer for use with a mobile electronic device having a touch-screen, the viewer comprising:

a housing configured to receive the mobile electronic device, wherein the housing is configured to hold the mobile electronic device such that the touch-screen is generally centered in a horizontal direction and directly in a user's field of view when looking into a generally hollow interior of the housing through a side opposite the touch-screen;

an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, the input mechanism comprising:

an electrical shield having a surface, wherein only a portion of the surface of the electrical shield is configured to contact a central region of the touch-screen of the mobile electronic device when the input mechanism is in the extended position.

**2**. The virtual reality viewer of claim **1**, wherein input mechanism is configured to provide a capacitive touch input to the touch-screen when the input mechanism is in the extended position, and

wherein at least a portion of the input mechanism is moveable between the first position and the extended position and is located within a central region of the interior that is between a left and a right region of the interior and the field of view such that only the portion of the surface of the electrical shield contacts the central area of the touch-screen of the mobile electronic device.

**3**. The virtual reality viewer of claim **1**, wherein an exterior wall of the housing is shaped to define a cut-out, and wherein at least a first portion of the input mechanism is accessible to the user through the cut-out.

**4**. The virtual reality viewer of claim **3**, wherein the housing substantially encloses the touch-screen within the interior, and further comprising:

a back wall opposite the touch-screen, wherein the back-wall includes a left and a right lens for viewing a left and a right region of the interior and the touch-screen within the housing;

wherein at least a second portion of the input mechanism is generally centered in the horizontal direction within the interior and is configured to move in a direction toward

13                                           14

the touch-screen when the first portion of the input mechanism is actuated; and

wherein the portion of the surface of the electrical shield is disposed on the second portion of the input mechanism and is generally centered within the interior in the horizontal direction whereby the portion is generally located between the left and right regions and is moveable between the first position and the extended position.

**5**. The virtual reality viewer of claim **1**, wherein at least a portion of the input mechanism defines at least a portion of a view divider within the interior of the housing, wherein the view divider is a structure that is generally centered within the interior and at least partially separates a left and a right region of the interior.

**6**. The virtual reality viewer of claim **1**, wherein the electrical shield comprises one or more of: a metallized fabric, a metallized polymer; a conductive polymer, a conductive fabric, a rigid flex printed circuit board and a flexographic ink.

**7**. The virtual reality viewer of claim **6**, wherein the surface of the electrical shield is sized to have electrical properties that are sufficient to be detected by the touch-screen based on capacitance when the input mechanism is in the extended position and only the portion of the surface is contacting the touch-screen.

**8**. The virtual reality viewer of claim **6**, wherein the surface of the electric shield is sized to have sufficient capacitive properties such that contact between only the portion of the surface and the touch-screen can be detected by a capacitive touch-screen when the input mechanism is in the extended position and in the absence of human contact with the electric shield.

**9**. The virtual reality viewer of claim **8**, wherein the only portion of the surface that is configured to contact the touch-screen when the input mechanism is in the extended position is substantially smaller in size than the remaining portion of the surface of electric shield that is not configured to contact the touch-screen.

**10**. The virtual reality viewer of claim **6**, further comprising a compressible pad disposed between the second portion of the input mechanism and the portion of the surface of the electric shield, wherein the pad is configured to create a sufficiently sized area of contact between the portion of the surface and the touch-screen when the input mechanism is in the extended position.

**11**. The virtual reality viewer of claim **10**, wherein the pad is configured to vary the size of the area of contact between the portion of the surface of the electric shield and the touch-screen as a function of a force applied to the input mechanism from the exterior of the housing.

**12**. The virtual reality viewer of claim **1**, wherein the input mechanism includes a lever and a flexible linkage coupled to the housing, wherein the flexible linkage is configured to deform when the lever is actuated and thereby guide at least the portion of the surface between the first position and the extended position.

**13**. The virtual reality viewer of claim **12**, wherein at least a portion of the flexible linkage is integrally formed with the housing.

**14**. The virtual reality viewer of claim **12**, wherein the flexible linkage is configured to return the portion of the surface from the extended position to the first position in the absence of user interaction with the input mechanism.

**15**. The virtual reality viewer of claim **1**, wherein the housing is formed to define a cut-out through an exterior side of the housing; and

wherein the input mechanism further comprises:

a lever that is accessible through the cut-out;

wherein the surface of the electrical shield is sized to have capacitive properties sufficient to provide a detectable capacitive touch input to the touch-screen when the input mechanism is in the extended position and only the portion of the surface contacts the touch-screen; and

a flexible linkage coupled to the lever and the housing, wherein the linkage is configured to flex in response to actuation of the lever and guide at least the portion of the surface between the first position and the extended position and return to the first position in response to release of the lever after actuation is complete.

**16**. The virtual reality viewer of claim **1**, further comprising:

a plurality of input mechanisms;

wherein each of the plurality of input mechanisms are accessible from the exterior of the housing at a respective location and are moveable within the interior;

wherein each of the plurality of input mechanisms have a respective electric shield having a respective surface located within the interior of the housing, and wherein only a respective portion of the respective surface is configured to contact the central region of the touch-screen at a distinct respective location when in the extended position.

**17**. The virtual reality viewer of claim **1**, further comprising at least one additional user input devices that is accessible from an exterior of the housing.

**18**. A virtual reality viewer for use with a mobile electronic device having a capacitive touch-screen, the viewer comprising:

a housing configured to receive the mobile electronic device and substantially enclose the touch-screen within a generally hollow interior of the housing, wherein the housing holds the touch-screen in a position that is generally centered in a horizontal direction and directly in a user's field of view when viewing the touch-screen through a back wall of the housing, wherein the back-wall is opposite the touch-screen and includes a left and a right lens for viewing a left region and a right region of the interior and the touch-screen;

an input device including,

a first portion that is accessible from an exterior of the housing, and

an elongate second portion disposed within the interior of the housing between the left and right regions wherein the second portion is generally oriented in a vertical direction that is perpendicular to the horizontal direction;

an electric shield,

wherein a first surface of the electric shield is disposed on the first portion and is electrically coupled to a second surface of the electric shield,

wherein the second surface is disposed on the second portion within the interior and is generally centered in the horizontal direction between the left and right regions, and wherein only the second surface of the electric shield is configured to contact a central portion of the touch-screen of the mobile electronic device and selectively transfer a capacitive touch input to the touch-screen in response to a user interaction with the first portion of the input mechanism.

**19**. The virtual reality viewer of claim **18**, further comprising:

a compressible pad disposed between the second portion and the second surface to provide an area of contact

US 9,420,075 B2

15 16

between the second surface and the touch-screen that is sufficient to transfer the capacitive touch input;

wherein at least the electric shield includes a conductive material configured to transfer electrical capacitance between the first surface and the touch-screen via the second surface in response to a user interaction with the first surface; and

wherein the second portion of the input mechanism at least partially divides the left and right regions.

20. A virtual reality viewer for use with a mobile electronic device having a touch-screen, the viewer comprising:

a housing configured to receive a mobile electronic device within an interior of the housing, wherein the housing is formed to define a cut-out through an exterior side of the housing;

an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, the input mechanism comprising:

a lever that is accessible through the cut-out;

an electrical shield, wherein only portion of a surface of the electrical shield is configured to contact the touch-screen of the mobile electronic device when in the extended position,

a flexible linkage coupled to the lever and the housing, wherein the linkage is configured to deform in response to actuation of the lever and thereby guide the portion of the surface between the first position and the extended position, and

wherein at least a portion of the input mechanism defines at least a portion of a view divider within the interior of the housing.

* * * * *

# EXHIBIT B

## TO

## COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

(12) **United States Patent**         (10) **Patent No.:**     **US 9,723,117 B2**

Buckley                              (45) **Date of Patent:**     ***Aug. 1, 2017**

(54) **VIRTUAL REALITY VIEWER AND INPUT MECHANISM**

(71) Applicant: **DODOcase, Inc.**, San Francisco, CA (US)

(72) Inventor: **Patrick Buckley**, Mill Valley, CA (US)

(73) Assignee: **DODOcase, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/209,397**

(22) Filed: **Jul. 13, 2016**

(65) **Prior Publication Data**

US 2016/0337491 A1      Nov. 17, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/801,606, filed on Jul. 16, 2015, now Pat. No. 9,420,075.

(Continued)

(51) **Int. Cl.**
**G02B 27/01**          (2006.01)
**H04M 1/05**           (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ **H04M 1/05** (2013.01); **G02B 27/017** (2013.01); **G02B 27/0176** (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ................................... G02B 27/01–2027/0198
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,957,835 B2      2/2015  Hoellwarth
9,176,325 B2      11/2015 Lyons
(Continued)

OTHER PUBLICATIONS

Pace, Tony, "Google Cardboard DIY Guide," Jul. 1, 2014 (available at http://hacklabtaichung.blogspot.com/2014/07/google-cardboard-diy-guide.html).

(Continued)

*Primary Examiner* — Michael Pervan

(57) **ABSTRACT**

The present invention concerns virtual reality viewers for use with touchscreen enabled mobile devices. The virtual reality viewer comprises: a housing configured to receive a mobile electronic device within an interior of the housing; and an input mechanism that is accessible from an exterior of the housing and that is moveable within the interior between a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position. The disclosed systems and methods facilitate receiving user inputs on the exterior of the housing and providing the user inputs to the touchscreen within the housing using the electro-mechanical input mechanism. Accordingly, the viewer can be used with a variety of smartphones without requiring magnetic switches or a wireless/cable connection between the input device and the smartphone.

**20 Claims, 10 Drawing Sheets**



**US 9,723,117 B2**

Page 2

### Related U.S. Application Data

(60) Provisional application No. 62/161,857, filed on May 14, 2015, provisional application No. 62/025,376, filed on Jul. 16, 2014.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 3/044* | (2006.01) |
| *G06T 19/00* | (2011.01) |
| *H04M 1/02* | (2006.01) |
| *H04M 1/21* | (2006.01) |
| *H04M 1/04* | (2006.01) |
| *G06F 1/16* | (2006.01) |
| *G06F 3/01* | (2006.01) |
| *G06F 3/041* | (2006.01) |

(52) **U.S. Cl.**

CPC .............. *G06F 1/163* (2013.01); *G06F 3/011* (2013.01); *G06F 3/041* (2013.01); *G06F 3/044* (2013.01); *G06T 19/006* (2013.01); *H04M 1/0266* (2013.01); *H04M 1/04* (2013.01); *H04M 1/21* (2013.01); *G02B 2027/0178* (2013.01)

(58) **Field of Classification Search**

USPC .......................................................... 345/7–9

See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D750,074 S | 2/2016 | Coz | |
| 9,274,340 B2 | 3/2016 | Lyons | |
| 9,377,626 B2 | 6/2016 | Lyons | |
| 9,405,126 B1 | 8/2016 | Margolin | |
| 9,423,827 B2 | 8/2016 | Compton | |
| 2013/0141360 A1* | 6/2013 | Compton | G06F 1/1632 345/173 |
| 2014/0152531 A1* | 6/2014 | Murray | G06F 1/1632 345/8 |
| 2014/0375531 A1 | 12/2014 | Latypov | |
| 2015/0235426 A1 | 8/2015 | Lyons | |
| 2015/0339468 A1 | 11/2015 | Son | |
| 2015/0348327 A1 | 12/2015 | Zalewski | |
| 2015/0364113 A1 | 12/2015 | Ahn | |
| 2016/0054802 A1 | 2/2016 | Dickerson | |
| 2016/0055680 A1 | 2/2016 | Kim | |
| 2016/0062514 A1 | 3/2016 | Jo | |
| 2016/0063767 A1 | 3/2016 | Lee | |
| 2016/0063919 A1 | 3/2016 | Ha | |
| 2016/0066295 A1 | 3/2016 | Han | |
| 2016/0084647 A1 | 3/2016 | Lee | |
| 2016/0086386 A1 | 3/2016 | Son | |
| 2016/0142703 A1 | 5/2016 | Park | |
| 2016/0154494 A1 | 6/2016 | Kim | |
| 2016/0180591 A1 | 6/2016 | Shiu | |
| 2016/0224176 A1 | 8/2016 | Kim | |
| 2016/0232879 A1 | 8/2016 | Han | |
| 2016/0238851 A1 | 8/2016 | Jeong | |
| 2016/0255748 A1 | 9/2016 | Kim | |
| 2016/0262608 A1 | 9/2016 | Krueger | |

#### OTHER PUBLICATIONS

Unknown, "Adding a capacitive lever to a google cardboard 1 (on the cheap)," Jul. 6, 2015 (available at https://www.youtube.com/watch?v=kgJpRtnqQPQ).

* cited by examiner

Case 3:17-cv-07088-EDL   Document 1   Filed 12/13/17   Page 44 of 80



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D

Case 3:17-cv-07088-EDL   Document 1   Filed 12/13/17   Page 52 of 80



FIG. 7E



FIG. 7F

US 9,723,117 B2

1

# VIRTUAL REALITY VIEWER AND INPUT MECHANISM

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/801,606, which was filed on Jul. 16, 2016, titled VIRTUAL REALITY VIEWER AND INPUT MECHANISM, and issued as U.S. Pat. No. 9,420,075, which claims priority to U.S. Provisional Application No. 62/161,857, which was filed on May 14, 2015, titled SYSTEM AND METHOD FOR VIRTUAL REALITY HEADSET USER INTERACTION THROUGH ELECTROMECHANICAL DEVICE AND TOUCHSCREEN, and to U.S. Provisional Application No. 62/025,376, which was filed on Jul. 16, 2014, titled SYSTEM AND METHOD FOR VR HEADSET USER INTERACTION, the contents of which are incorporated by reference herein.

## TECHNICAL FIELD OF THE INVENTION

The present invention relates to virtual reality viewer devices, in particular, virtual reality viewer devices for use with personal mobile electronic devices and having an input device.

## BACKGROUND OF THE INVENTION

Virtual reality viewers and headsets (collectively referred to as viewers) are becoming an increasingly popular way of viewing digital media, gaming and the like. With the widespread distribution of powerful and capable smartphone devices, many VR viewers are designed to use such smartphone devices as the visual display device, instead of having dedicated displays and electronics.

Typically the viewers have a housing that a user looks into in order to view the video display device contained within the housing. Viewers can be hand-held devices that a user holds up to the users face/eyes, for example, like a user would hold a pair of binoculars. Viewers can also be worn on a user's head, so as to free the users hands while looking into the viewer.

As would be understood by those in the art, viewers configured to use a smartphone as the visual display device typically receive the smartphone such that the smart phone display is viewable when a user looks into the viewer housing. These viewers also typically include one or more optical lenses within the housing so as to facilitate a three-dimensional viewing experience despite the two-dimensional display of the smartphone. In some instances the smartphone is completely contained within the housing, in other implementations the smartphone is attached to the housing in a manner such that the display is exposed within the interior of the viewer

One challenge to utilizing a smartphone in these types of viewers is that the touch sensitive display is concealed within the viewer housing, thereby making it difficult for a user to interact with the touch sensitive display of the device. To overcome this, some existing VR viewers utilize magnets on the exterior of the viewer as input devices, however one drawback is that the locations of magnetic sensors on smartphones vary from device to device and, as such, these viewers with magnetic inputs are only effectively used with a limited number of devices. Other VR viewers utilize built in accelerometers or other such position/orientation sensors within the smartphone to detect movement or the absence of

2

movement and identify user inputs using the movement data. Other VR viewers utilize dedicated input devices, like video game controllers, that connect to the electronic device within the viewer either by a wired plug like connection (e.g., USB or Apple compatible connector), or a wireless connection capabilities. However, such VR viewer configurations typically require complex electronic circuitry and wireless connectivity capabilities in order to facilitate the capture and transfer of user inputs. Moreover, dedicated input controllers can be cumbersome when used with hand-held viewer.

What is needed is a VR viewer having integrated user input devices that is configured for use with a wide variety of conventionally available smartphone devices.

These considerations are addressed by the present invention.

## SUMMARY OF THE INVENTION

The present invention concerns a virtual reality viewer including an input mechanism that can be used with mobile electronic device having a touchscreen contained within the viewer. According to a first aspect, the virtual reality viewer for use with a mobile electronic device having a touchscreen, comprises: a housing configured to receive a mobile electronic device within an interior of the housing. In addition, the viewer further comprises an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position.

According to another aspect, the virtual reality viewer for use with a mobile electronic device having a touch-screen, comprises: a housing configured to receive a mobile electronic device within an interior of the housing; and an input device including a first portion that is accessible from an exterior of the housing, and a surface within the interior that is configured to contact the touch-screen of the mobile electronic device and transfer a capacitive touch input to the touch-screen in response to a user interaction with the first portion.

These and other aspects, features, steps and advantages can be further appreciated from the accompanying figures and description of certain illustrative embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an exemplary virtual reality viewer;

FIG. 2 illustrates the viewer of FIG. 1;

FIG. 3 illustrates the viewer of FIG. 1;

FIG. 4 illustrates an exemplar virtual reality viewer;

FIG. 5 illustrates an exemplary virtual reality viewer;

FIG. 6A illustrates an exemplary virtual reality viewer including an input mechanism in accordance with an embodiment of the invention;

FIG. 6B illustrates the viewer of FIG. 6A;

FIG. 7A illustrates an exemplary input mechanism for a virtual reality viewer in accordance with an embodiment of the invention;

FIG. 7B illustrates the exemplary input mechanism for a virtual reality viewer of FIG. 7A;

FIG. 7C illustrates an exemplary virtual reality viewer including the input mechanism of FIG. 7A;

FIG. 7D illustrates the exemplary viewer and input mechanism of FIG. 7C;

3

FIG. **7**E illustrates the exemplary viewer and input mechanism of FIG. **7**C; and

FIG. **7**F illustrates the exemplary viewer and input mechanism of FIG. **7**C.

## DETAILED DESCRIPTION OF THE INVENTION

According to an aspect of the subject application, Virtual reality viewer systems and methods are provided that facilitate the capture of user inputs while using the virtual reality viewer. More specifically, the disclosed systems and methods provide a virtual reality viewer for use with a wide variety of personal electronic devices (e.g., a smartphone) as the visual display device, and having improved tactile user input capabilities.

According to a salient aspect, the disclosed systems and methods facilitate receiving tactile user inputs (e.g., user touches, button depressions etc.) on the exterior of the housing of the viewer and providing the user inputs to the touch sensitive display of the smartphone device that is within the viewer housing. In this manner, the disclosed systems and methods provide a viewer that is configured to be useable with a wide variety of smartphones without requiring input devices that require specifically placed magnetic sensors, wireless or dedicated cable connection to the electronic device **15**.

In one arrangement, the viewer is provided having a housing that encloses a generally hollow interior. As shown in FIG. **1**, which is a perspective view of an exemplary viewer **10** having a conventional construction without an input mechanism. As shown, the viewer comprises a housing **12** that includes a front surface **30**, back surface **25**, top surface **45**, bottom surface **50** (not shown), left surface **40** and right surface **35**.

In some implementations, when in operation, housing **12** will be disposed in the position directly in front of the user's eyes such that the lenses contained in the housing, are in alignment with each of the user's eyes and the display of the electronic device is viewable through the lenses. It should be understood that the housing can be held by the user, or worn by the user such that the back surface of the housing is held against or in proximity to the users face.

The housing **12** is configured to receive an electronic device **15** having a touch sensitive display. The electronic device **15** can be any electronic device configured to visually display information via a display (e.g., LED, Plasma, LCD display) and receive user inputs via a touch sensitive user interface (e.g., a capacitive touch sensitive display), as would be understood by those skilled in the art. For example and without limitation, electronic device **15** can include a smartphone or other such personal electronic device having a touch sensitive display, for example, an iPhone or Android smartphone device and the like that are commercially available.

Preferably the electronic device **15** is received or mounted within the interior of the housing **12** such that the electronic device display **17** is viewable when the user is looking through the housing **12**. By way of further example, the electronic device, **15**, can be mounted on the housing such that it defines the back surface of the viewer. It can be appreciated that other configurations for the viewer **10** are envisioned without departing from the scope of the invention.

As shown in FIG. **2**, which is a back view of the viewer (the terminology back side of refers to the side that the user looks into), preferably the housing **12** is configured to

4

receive the electronic device **15** such that the touch sensitive display **17** of the device **15** is centered in a vertical direction **80** and/or a horizontal direction **85**.

As shown in FIGS. **1** and **2**, in some implementations, the housing includes one or more lenses **70** disposed therein arranged to be in alignment with the user's eyes when the user looks into the viewer. Generally, lenses **70** are mounted such that light from the display of the electronic device passes through lenses **70** to the user's eyes. The configuration, construction and placement of a lens or lenses **70** for use in virtual reality viewers are generally known and understood by those skilled in the art.

A view divider **20** can also be disposed within the housing. FIG. **4** is a perspective view of an exemplary configuration of a viewer **10** lip without a top, bottom and sides and showing the interior space of the viewer including the view divider **20**. FIG. **5** shows a bottom view of the interior of an exemplary viewer **10** including view divider **20** and having the left and right, bottom and front sides removed. Referring to FIG. **5**, the view divider **20** is configured to isolate the field of view of the left eye from the right eye. In other words, the view divider serves to obstruct the right eye from seeing or receiving images displayed by the left portion **19** of the display **17** of the electronic device **15** and the left eye from seeing images displayed by the right portion **18** of the display **17**. It should also be appreciated that the particular width of the left and right portions of the display that are actually viewable by the user can vary depending on the lenses. In some implementations view dividers are not used.

Between the left and right portion of the display **17** is a central portion **14** of the display. The central portion of the display is not viewable by either the left or right eye due to the view divider **20**, and, in addition or alternatively, due to the optical characteristics of the lenses **70**. The width of the central portion **14** can range from the width of the view divider **20** but can be larger depending on the optical characteristics of the lenses **70**. The central portion **14** that is not viewable by either the left or right eye can also vary in shape depending on the optical characteristics of the lenses. For example it might be rectangular or an hour glass shape that is wider towards the top and bottom sides of the viewer and narrower in the middle section of the display **17**.

In one arrangement, the viewer **10** is configured to include one or more input devices that are configured to receive user inputs at the exterior of the viewer and provide such inputs directly to the touch sensitive display **17**. The input devices can be configured to be passive and/or active input devices.

Preferably the inputs are provided to the display at the central portion **14** of the display, however one or more of the user inputs can be provided to the electronic device at alternative portions of the display **17** as well. Because the central portion **14** of the display is not viewable by the left or right eye to, by providing inputs at the central portion **14**, the viewer **10** is capable of providing inputs to the electronic device **15** in a manner that does not disturb the field of view of the left or right eye. Moreover, because the device **15** is received within the housing and preferably positioned such that the display **17** portion of the device is generally centered in at least a horizontal direction and often in vertical direction as well, providing inputs in the central portion **14**, for example, where the view divider **20** is proximate to the display **17**, allows the systems and methods disclosed herein to be useable with a wide variety of touch sensitive smartphone devices of various sizes and screen layouts. Moreover

US 9,723,117 B2

5

software can be configured universally to these touch points regardless of the shape or size of the device because of the centered location.

An exemplary implementation of a viewer including an input mechanism in accordance with an embodiment of the invention is shown in FIG. **6A**-**6B**, which depict a cross-sectional view and of the exemplary viewer **10**, including the view divider **20** and the electronic device **15** from the side and back perspective respectively. As shown, the viewer includes input devices that include one or more touchscreen inputs (**26a**-**26d**). In this particular exemplary configuration, the touchscreen inputs (**26a**-**26d**) are disposed on the distal surface **22** of the view divider **20**. Preferably, the electronic device **15** is mounted in a manner such that the touch sensitive display **17** of the device **15**, is proximate to (or is touching) at least a portion of the distal surface **22** of the view divider **20**, such that the display **17** (not shown from this particular perspective) of the device is in physical contact with the surface of the touchscreen input portion of the input mechanism.

As most smartphones have capacitive touch sensitive displays, in an exemplary implementation, the touchscreen inputs (**26a**-**26d**) are constructed from a conductive material, for example, a conductive foam or polymer and the like as are used as the tip of a stylus configured for use with a capacitive touch screen. A compressible material will allow the housing to accommodate devices of varying thicknesses and create a capacative connection between the display and the touchscreen inputs without the screen touching other portions of the surface **22**, for example, to prevent scratching of the screen, provide communicative connection between touchscreen input and the touchscreen without cross-talk and other such considerations.

Preferably, the touchscreen inputs (**26a**-**26d**) are electrically coupled to one or more user inputs (**29a**-**29d**) that are configured to receive user interactions while using the viewer. Preferably the user inputs (**29a**-**29d**) are exposed on the outer surfaces of the housing or positioned on the exterior of the housing **12** such that the user can interact with the user inputs (**29a**-**29d**) while using the viewer **10**, although other configurations are envisioned without departing from the scope of the invention. The user inputs are configured to sense/detect or receive the user interactions and transmit/transfer/relay the user interaction to the touch sensitive display via the touch screen inputs (**26a**-**26d**). In some implementations, the user inputs relay the user interactions to the touch screen inputs (**26a**-**26d**) via input leads (**28a**-**28d**), respectively. For example and without limitation, input leads can be conductive wires/leads that electrically couple the user inputs (**29a**-**29d**) to touchscreen inputs (**26a**-**26d**).

In such an exemplary configuration in which the input device is a passive input device, the user inputs (e.g., **29a**-**29d**) are preferably constructed of conductive material, for example, a metalized polymer, conductive polymers, conductive/capacitive inks, carbon based inks or other such inks designed to activate capacitive screens. Accordingly, a user touch of a conductive user input (e.g., **29a**), via the conductive lead (e.g., **28a**) and touchscreen input (e.g., **26a**), will alter the electrical properties of the portion of the display **17** that is in contact with the touchscreen input.

As will be understood by those skilled in the art, the device **15** having a capacitive touch sensitive display **17** can detect the particular location of a change in the electrical property that is caused by the user touch of the user input (e.g., **29a**). As would be understood by those skilled in the art, based on the particular location of the sensed change, the

6

device **15**, which has a processor executing instructions in the form of code, can interpret that an electrical change sensed at a particular location on the display **17** corresponds to a user interaction with a particular user input and corresponds to a prescribed input instruction, for example, a left mouse click or a right mouse click, or a double click, or as the user moving a cursor, or other such functions. Moreover, it would be understood that other combinations of user interactions sensed by the touch sensitive display can be interpreted as one or more of a number of user inputs such as pushing all 4 buttons at once could represent grabbing a virtual item. The 3 dimensional physical interaction offered by the users hands wrapping around the virtual reality viewer and interacting with the inputs can more easily be translated into 3 dimensional virtual interactions in a more natural way then previous user input mechanisms used today. It should also be understood that the arrangement of the touchscreen inputs the corresponding user inputs and associated functions can be pre-defined in software that is loaded into and executing in the device **15** processor.

Although an exemplary passive input device configuration having 4 distinct user inputs has been disclosed, it can be appreciated that other passive input device configurations are envisioned. For example an array of user inputs and corresponding touchscreen inputs can be provided. It should also be understood that other active input device configurations can also be implemented in accordance with the disclosed embodiments without departing from the scope of the invention.

Although FIG. **6A** shows the user inputs positioned on the top and bottom surfaces of the housing **12** and also shows that the leads run through the view divider **20** and through the top and bottom surfaces of the housing to corresponding user inputs, it can be appreciated that the leads can run through any portions of the housing. It can be further appreciated that any number of the user inputs (**29a**-**29d**) can be located on any portion of the housing and in any orientation or configuration. Moreover, it can be further appreciated that any number of touchscreen inputs (e.g., **26a**-**26d**) can be located on the distal end **22** and in any orientation or configuration.

Moreover, although the exemplary configuration provides the user inputs to the screen **17** at the central portion **14** of the display **17** via the view divider **20**, other configurations are possible. For example, the viewer can provide such touchscreen inputs (e.g., **26a**-**26d**) on a surface that abuts one or more other portions the display **17**.

In accordance with the disclosed embodiments of the invention, the exemplary viewers can be configured to allow the user to mechanically induce an electrical/capacitive touch event on the touchscreen. Further to the foregoing exemplary embodiments of the invention, additional exemplary configurations of a viewer having an input mechanism, which is also referred to as the user input assembly, configured to induce a capacitive touch event that is detectable by a touchscreen based on mutual-capacitance are further described herein. It can be appreciated that the exemplary implementation described herein can be adapted to mechanically induce input events on a variety of types of touchscreens (e.g., resistive touchscreen events, touch events). Additional exemplary configurations of the viewer in accordance with the disclosed embodiments are further described herein in relation to FIGS. **7A**-**7F**.

FIG. **7C** depicts a perspective view of a viewer **700** assembled and having a front side open showing the generally hollow interior of the viewer. Also shown is an input mechanism **715**. The input mechanism is disposed within the

US 9,723,117 B2

7

interior **702** of the housing of the viewer **700**. Moreover, at least a portion of the input mechanism is also accessible from the exterior of the viewer such that a user can interact with the input mechanism and cause the portion of the input mechanism contained within the housing to generate a touch input on the touch interface. More specifically, the input mechanism is moveable within the interior between at least a first position (also referred to as an unactuated state), in which a portion of the input mechanism is retracted so as to not contact a touchscreen of the mobile device, and an extended position (also referred to as the actuated state) in which a surface of the input mechanism contacts the touchscreen of the mobile electronic. As shown, at least a portion of the input mechanism is centrally located within the housing and defines at least a portion of a view divider **710**. It should be appreciated that the housing and or one or more portions of the input mechanism further described herein can be comprised of a variety of materials such as plastics, metals, composites, woods and other heavy paper-like materials (e.g., cardboard) and or other such natural and synthetic materials.

FIG. 7A depicts the view divider **710** with one side of the view divider folded back so as to expose a portion of the user input mechanism **715** disposed within the interior of the viewer **700**. The diagram also shows the user input mechanism **715** in an unactuated state.

As shown, FIG. 7A depicts a distal end **720** of a user input portion of the user input mechanism, which in this exemplary implementation is a lever. The proximal end (not shown) of the lever is accessible to a user from outside the viewer when assembled. The diagram depicts the input assembly **715** in an un-actuated state. Also shown is an electrical shield **725**. The electric shield is arranged such that at least a portion of the electric shield is configured to contact the touch-screen of the mobile electronic device when the input mechanism is in the extended position. The electrical shield is a material configured to, when brought in proximity to and/or touches the touchscreen, induce a touch event that is electrically detectable by the touchscreen/ device. In some implementations the electrical shield material can be a metallized textile/fabric or films, e.g., polymer film coated with a thin layer of metal, for example PET (Polyethylene terephthalate) films and Mylar (BoPET Biaxially-oriented polyethylene terephthalate). Such metalized materials are commonly used in anti-static bags. Moreover, the electrical shield can be comprised of other metallic conductors, non-metallic conductors, metallized fabrics, metallized polymers, conductive polymers, conductive fabrics, flexographic inks, rigid flex printed circuit board (PCB) and the like. As would be understood by those skilled in the art, such materials have electrical properties that, when a surface of the material is brought in proximity to a touchscreen and/or touches a touchscreen, can affect the electrical properties detected at that location by the touchscreen device. Other materials having the requisite electrical properties can also be used, for example, inks or pastes with carbon such as black flexographic inks having capacitive touch properties that are printed on substrates. Moreover, it can be appreciated that a combination of materials can be used to provide a surface of the input mechanism that is configured to induce a detectable touch input when the surface is touched to the touchscreen. For example the electric shield can include a conductive polymer arranged to selectively contact the touchscreen and that is electrically coupled to a metallized fabric or conductive ink applied to a surface of the housing and/or input mechanism.

8

In some implementations, the electric shield is configured (e.g., sized and/or positioned) so as to have capacitive properties sufficient to be detected by a capacitive touchscreen when the input mechanism is in the extended position and in the absence of human contact with the electric shield. However, it can also be appreciated that, in some implementations, the electric shield can be electrically coupled to the portion of the input mechanism that is interacted with by the user such that electrical properties of the user's body can be utilized to induce the touch input.

Also shown is a coupling **730** that is configured to move the input mechanism towards the touchscreen when the lever is actuated. The coupling is a linkage that couples the portion of the input mechanism that is accessible to the user from the exterior (e.g., the proximal end of the lever) to the surface of the input mechanism configured to touch the touchscreen and induce a touch input. The coupling mechanically translates user actuation of the portion of the input mechanism from the exterior of the housing into movement of the input mechanism within the interior of the housing and causing a surface of the input mechanism to touch the touchscreen. For example, in the particular implementation shown in FIGS. 7A-7F, actuation of the lever causes the coupling to deform and extend in a direction towards the touchscreen, which in turn moves a portion of the electrical shield towards the touchscreen. Furthermore, as shown in FIG. 7A the coupling can be coupled to the housing. As can be appreciated, coupling one or more portions of the input mechanism to the housing can serve to support the input mechanism as well as guide the movement of the input mechanism during user actuation.

The coupling can be comprised of one or more flexible materials such as plastics, metals, composites, woods and other heavy paper-like materials (e.g., cardboard) and or other such natural and synthetic materials. A linkage or coupling that is flexible can be beneficial in that the material memory causes the coupling to return to a resting state when pressure is released from the lever which automatically pulls the input mechanism away from the touchscreen. However, alternative methods for automatically retracting the contact surface of the input mechanism can be similarly implemented without departing from the scope of the invention.

Although a particular exemplary linkage configuration is described in relation to FIGS. 7A-7F, it can be appreciated that other linkage configurations can be implemented without departing from the scope of the invention. It can also be appreciated that, although the lever, coupling and metallic shield have been described as individual components, the subject invention is not so limited as one or more of the foregoing components can be joined or integrally formed as single unit. Similarly, it can also be appreciated that one or more of the components of the input mechanism can be joined to the housing or integrally formed with the housing in a permanent or temporary fashion using any conventional manufacturing techniques.

In some implementations, a compressible pad **735**, for example, a foam or foam-like material can be disposed between the flexible coupling and the electric shield. The pad can be placed between the flexible coupling and the electrical shield **725** in at least the location where the coupling contacts the metallic shield when extended (e.g., the back side of the electrical shield where the front side of the shield material contacts the touchscreen when extended). It can be appreciated that the electrical shield can be attached to the foam material or unattached. It can also be appreciated that the pad can be coupled to the coupling either directly or indirectly by one or more intermediate structures that com-

9

prise the input mechanism. The pad is used to create a sufficiently sized contact surface between the front side of the shield material and the touchscreen so as to register a touch input event on the screen (e.g., to simulate the size and shape of a finger). The pad also helps the surface of the input mechanism configured to touch the touchscreen (i.e., the shield material) conform to the touchscreen surface when the input mechanism is in the extended position/actuated state.

It can be appreciated that various sizes and shapes of the pad can be used to induce a sufficient sized contact surface. It can also be appreciated that in some implementations the pad can be omitted. It can also be appreciated that the metallic shield and pad may be integrated or combined into a single material such as conductive foam gaskets used in Electromagnetic Interference (EMI) or Radio Frequency Interference (RFI) applications. It can also be appreciated that the pad can be sized and/or shaped such that actuating the input mechanism with greater force causes a greater surface area of the electrical shield to be applied to the screen which can be interpreted differently by the device than when a smaller surface area is detected by the touchscreen. This input mechanism configuration can be used to provide a secondary signal for detecting the amplitude of the users input, for example a method for detecting the amount of force the user applied to the input.

A portion of the lever can be attached to or in communication with (i.e., touching) or integrally formed to at least a portion of the coupling. For instance, as shown, the distal end of the lever can be abutting a portion of the coupling such that, when the lever is actuated at a proximal end, movement of the distal end of the lever causes the plastic coupling to buckle and at least a portion of the coupling extends in the direction towards the touchscreen. In addition or alternatively the coupling can be a structure that is flexibly coupled to one or more portions of the housing such that it moves in a prescribed manner when a lever is moved or a button is pushed by the user.

FIG. 7A depicts the view divider **710** with one side of the view divider folded back so as to expose the user input assembly **715** disposed within the view divider of the viewer **700**. The diagram also shows the user input assembly **715** in an unactuated state.

FIG. 7B depicts the view divider **710** with one side of the view divider folded back so as to expose the user input assembly **715** disposed within the view divider of the viewer **700**. The diagram also shows the user input assembly **715** in an actuated state.

FIG. 7C depicts a perspective view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the housing **700**. The diagram also shows the user input assembly **715** in an un-actuated state. As shown, the user input (lever) includes a proximal end portion **722** that extends through a cut-out in the housing of the viewer **700** and is accordingly accessible to the user from the exterior of the housing. It can be appreciated that alternative configurations in which one or more portions of the lever or other such mechanical actuators or portions of the input mechanism is accessible from the exterior of the viewer are envisioned. For instance the lever can be contained within the interior of the housing and accessible to the user through a cut-out through an external wall of the housing.

FIG. 7D depicts a side view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the

10

interior of the viewer housing **700**. The figure also shows the user input assembly **715** in an un-actuated state.

FIG. 7E depicts a perspective view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the viewer housing **700**. The diagram also shows the user input assembly **715** in an actuated state where the electrical shield is extended out of the cut-out in the view divider.

FIG. 7F depicts a side view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the viewer **700**. The diagram also shows the user input assembly **715** in an actuated state where the electrical shield is extended out of the cut-out **712** in the view divider.

When a user device is placed within the viewer, such that the touchscreen is facing the interior of the viewer and near the view divider, actuating the user input assembly by actuating the lever can cause the coupling to flex and therefore cause the electrical shield to extend towards and touch the touchscreen of the user device. In this exemplary implementation, the coupling and shield extend out of a cut-out in the view divider. As a result, the device can detect the change in an electrical property at one or more locations of the screen, which is caused by the electrical shield touching (or approaching) the touch-sensitive display.

Accordingly, it can be appreciated that, what is provided is a virtual reality viewer for use with an electronic touch-screen device comprising a housing for receiving and holding a touchscreen display device within an interior region of the housing. The viewer further comprising an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position. In one particular implementation, the input mechanism comprises a lever having a proximal end that is exposed to the exterior of the housing and a distal end disposed within the housing, whereby the proximal end of the lever is accessible by a user from the exterior of the housing and actuation (e.g., movement) of the lever at the proximal end translates to mechanical movement of the distal end. The viewer further comprising a coupling attached to or in communication with the distal end of the lever such that, when the lever is actuated at the proximal end, movement of the lever causes at least a portion of the coupling to move toward a back wall of the housing, e.g., extend or move in a direction of the touchscreen. The viewer further comprises an electrical shield, wherein the electrical shield is a material configured to induce a touch event that is electrically detect-able by a touchscreen/device when at least a portion of the shield contacts or is in proximity to a touchscreen. In addition, the portion of the electrical shield is positioned between the coupling and the touchscreen such that movement of the coupling advances at least the portion of the electrical shield material toward the touchscreen so as to induce the touch event. Moreover, the viewer can further comprise a compressible pad disposed between the portion of the coupling and the electrical shield, wherein the pad is attached to the coupling and is sized, shaped and has the softness/rigidness to create a sufficiently sized contact point for generating a touchscreen detection event on the touch-screen device. The compressible pad and electrical shield material work to mimic the electrical and physical properties of a human finger so that any form of touch screen technology will register a touch event when the lever mechanism

11

12

is actuated. As would be understood by those skilled in the art the combination of physical, and electrical properties of this pad electrical shield material can be tuned to work on a variety of touch screen technologies such as capacitive, resistive, or conductive touch screen technologies. As previously noted, in some implementations, one or more components of the exemplary user input assembly can be integrated into or part of the view divider.

According to a salient aspect, the viewer and the exemplary electro-mechanical user input assembly is configured to allow a user to interact with the touch sensitive screen without access to the touch sensitive screen while within the viewer. Moreover, the exemplary viewer and user input assembly can be configured to allow a user to interact with the touch sensitive screen without reliance on the electrical properties of the human body to induce the electrical event. For instance, the metallized film 725 can be sized such that it is suitable for inducing a touch event without requiring user contact therewith. In addition or alternatively, the portion of the metallized film that is configured to touch the screen can be accessible to receiving a user touch. For instance, a portion of the metallized film can be exposed on the lever 722 or otherwise accessible to the user on an external surface.

As would be understood by those skilled in the art, the mobile electronic device, which has a processor executing instructions in the form of code, can detect that electrical property change at the one or more locations and interpret the change as one or more prescribed user interactions. In some implementations, the user interaction can be interpreted as a simple click event. In some implementations, a variety of possible user interactions can be detected as a function of the location of the touch event on the touchscreen (e.g., as caused by different input mechanisms configured to cause touch inputs at respective locations on the touchscreen), the duration of the touch event, the size of the area of the touchscreen registering the touch event, and the like. These detected aspects of the touch event can be interpreted and translated into one or more prescribed input instructions, for example, a left mouse click or a right mouse click, a double click, or as the user moving a cursor, a virtual gesture such as a grab, push, pull, throw, pinch or as a scaled input instruction such as a hold softly or hold firmly or other such functions.

Moreover, user interactions detected by the touch sensitive display can be interpreted in combination with one or more other input devices. More specifically, a user interaction detected can be interpreted in light of other input data received by the user device from other on-board input devices or data sources, for example and without limitation, an accelerometer that detects the orientation and location of the device or a camera or 3d scanner that detects the physical environment of the user or portions of the users body position. In addition, the housing can also include one or more additional user input devices electrically coupled to the mobile device by a wireless or wired connection, such that inputs via the electro-mechanical input mechanism can be provided to the mobile device in addition to inputs provided using the additional user input device. For example, based on the orientation and location of the device and the information being viewed by the user on the device, the device can determine that a user is looking at an interactive virtual icon using the viewer. Paired with the user actuation of the user input mechanism and the detection of a touch input, the device can interpret the combined user input (e.g. accelerometer data and the touch interaction data) as a "mouse click" on that particular virtual icon or as a grab or hold of

that virtual item or icon. Another example might be combining the accelerometer data for device position, camera data from the device capturing the users physical environment, and a touch event from the mechanism described in this invention in a way that allows the user to select a real physical item to scan/import into a virtual or augmented reality interface allowing for the digital manipulation of the physical item or overlaying additional information about the physical item.

It can also be appreciated that the user input mechanism can be adapted to induce user interactions at a variety of different locations or multiple user input assemblies can be provided to facilitate more complex user inputs.

It is to be understood that like numerals in the drawings represent like elements through the several figures, and that not all components and/or steps described and illustrated with reference to the figures are required for all embodiments or arrangements.

The subject matter described above is provided by way of illustration only and should not be construed as limiting. The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising", when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Also, the phraseology and terminology used herein is for the purpose of description and should not be regarded as limiting. The use of "including," "comprising," or "having," "containing," "involving," and variations thereof herein, is meant to encompass the items listed thereafter and equivalents thereof as well as additional items.

The subject matter described above is provided by way of illustration only and should not be construed as limiting. Various modifications and changes can be made to the subject matter described herein without following the example embodiments and applications illustrated and described, and without departing from the true spirit and scope of the present invention, as set forth in each and any of the following claims.

What is claimed:

1. A virtual reality viewer for use with a mobile electronic device having a touchscreen, the viewer comprising:
a first lens and a second lens, wherein the first lens is facing the same direction as the second lens, and wherein the first lens and the second lens are spaced apart in a horizontal direction;
a housing having a back side configured to be held against or in proximity to a user's face and a front side configured to receive the mobile electronic device, the front side of the housing opposite the back side of the housing such that the touchscreen is viewable from the back side of the housing and through the first lens and the second lens;
a touchscreen input constructed of conductive material, wherein the touchscreen input is in physical contact with the touchscreen upon receipt of the mobile electronic device.

2. The virtual reality viewer of claim 1, further comprising a user input that is accessible from an exterior of the housing and is conductively coupled to the touchscreen input.

US 9,723,117 B2

13

**3**. The virtual reality viewer of claim **2**, further comprising a lead that conductively couples the touchscreen input to the user input, wherein a portion of the lead runs through a portion of the housing.

**4**. The virtual reality viewer of claim **1**, wherein a portion of the housing has a cut-out, and wherein at least a portion of the user input is accessible through the cut-out.

**5**. The virtual reality viewer of claim **1**, wherein the conductive material is a conductive foam or polymer.

**6**. The virtual reality viewer of claim **1**, further comprising a second touchscreen input constructed of conductive material, wherein the second touchscreen input is generally centered between the first lens and the second lens in the horizontal direction and in physical contact with the touchscreen upon receipt of the mobile electronic device.

**7**. The virtual reality viewer of claim **6**, wherein the touchscreen input is offset upwards in a vertical direction and the second touchscreen input is offset downwards in the vertical direction.

**8**. The virtual reality viewer of claim **6**, wherein the user input is a metal or conductive polymer.

**9**. The virtual reality viewer of claim **1**, wherein the touchscreen input is offset in the vertical direction.

**10**. The virtual reality viewer of claim **9**, wherein the first lens and the second lens are configured to facilitate a three-dimensional viewing experience.

**11**. The virtual reality viewer of claim **9**, wherein the touchscreen input is generally centered between the first lens and the second lens in the horizontal direction.

**12**. A virtual reality viewer for use with a mobile electronic device having a touchscreen, the viewer comprising:

a first lens and a second lens, wherein the first lens is facing the same direction as the second lens, and wherein the first lens and the second lens are spaced apart in a horizontal direction;

a housing having a back side configured to be held against or in proximity to a user's face and a front side configured to receive the mobile electronic device, the front side of the housing opposite the back side of the

14

housing such that the touchscreen is viewable from the back side of the housing and through the first lens and the second lens;

a user input that is accessible from an exterior of the housing and has a first position and a second position;

a touchscreen input conductively coupled to the user input and generally centered between the first lens and the second lens in the horizontal direction, wherein, upon receipt of the mobile electronic device, the touchscreen input is in physical contact with the touchscreen when the user input is in the second position.

**13**. The virtual reality viewer of claim **12**, wherein a portion of the housing has a cut-out, and wherein at least a portion of the user input is accessible through the cut-out.

**14**. The virtual reality viewer of claim **12**, wherein the touchscreen input is constructed of a conductive material.

**15**. The virtual reality viewer of claim **14**, wherein the conductive material is a conductive foam or polymer.

**16**. The virtual reality viewer of claim **12**, further comprising:

a second user input that is accessible from an exterior of the housing and has a first position and a second position; and

a second touchscreen input conductively coupled to the second user input, wherein, upon receipt of the mobile electronic device, the second touchscreen input is in physical contact with the touchscreen when the second user input is in the second position.

**17**. The virtual reality viewer of claim **16**, wherein the touchscreen input is offset upwards in a vertical direction and the second touchscreen input is offset downwards in the vertical direction.

**18**. The virtual reality viewer of claim **12**, wherein the touchscreen input is offset in a vertical direction.

**19**. The virtual reality viewer of claim **12**, further comprising a lead that conductively couples the touchscreen input to the user input, wherein a portion of the lead runs through a portion of the housing.

**20**. The virtual reality viewer of claim **12**, wherein the user input is a metal or conductive polymer.

* * * * *

# EXHIBIT C

## TO

## COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

US009811184B2

(12) **United States Patent**
Buckley

(10) Patent No.: **US 9,811,184 B2**
(45) Date of Patent: **Nov. 7, 2017**

(54) **VIRTUAL REALITY VIEWER AND INPUT MECHANISM**

(71) Applicant: **DODOcase, Inc.,** San Francisco, CA (US)

(72) Inventor: **Patrick Buckley**, Mill Valley, CA (US)

(73) Assignee: **DODOcase, Inc.,** San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/448,785**

(22) Filed: **Mar. 3, 2017**

(65) **Prior Publication Data**

US 2017/0177095 A1 Jun. 22, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 15/209,397, filed on Jul. 13, 2016, which is a continuation of application
(Continued)

(51) **Int. Cl.**
    *G02B 27/01*     (2006.01)
    *G06F 3/038*     (2013.01)
    (Continued)

(52) **U.S. Cl.**
    CPC ......... *G06F 3/038* (2013.01); *G02B 27/2228* (2013.01); *G06F 3/011* (2013.01);
    (Continued)

(58) **Field of Classification Search**
    CPC .................................. G02B 27/01–2027/0198
    (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 8,957,835 B2 | 2/2015 | Hoellwarth |
| 9,176,325 B2 | 11/2015 | Lyons |

(Continued)

OTHER PUBLICATIONS

Pace, Tony, "Google Cardboard DIY Guide," Jul. 1, 2014 (available at http://hacklabtaichung.blogspot.com/2014/07/google-cardboard-diy-guide.html).

(Continued)

*Primary Examiner* — Michael Pervan
(74) *Attorney, Agent, or Firm* — Marton Ribera Schumann & Chang LLP

(57) **ABSTRACT**

The present invention concerns virtual reality viewers for use with touchscreen enabled mobile devices. The virtual reality viewer comprises: a housing configured to receive a mobile electronic device within an interior of the housing; and an input mechanism that is accessible from an exterior of the housing and that is moveable within the interior between a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position. The disclosed systems and methods facilitate receiving user inputs on the exterior of the housing and providing the user inputs to the touchscreen within the housing using the electro-mechanical input mechanism. Accordingly, the viewer can be used with a variety of smartphones without requiring magnetic switches or a wireless/cable connection between the input device and the smartphone.

**20 Claims, 10 Drawing Sheets**



## US 9,811,184 B2

Page 2

**Related U.S. Application Data**

No. 14/801,606, filed on Jul. 16, 2015, now Pat. No. 9,420,075.

(60) Provisional application No. 62/161,857, filed on May 14, 2015, provisional application No. 62/025,376, filed on Jul. 16, 2014.

(51) **Int. Cl.**

| | |
|---|---|
| *H04M 1/05* | (2006.01) |
| *H04M 1/02* | (2006.01) |
| *H04M 1/21* | (2006.01) |
| *G02B 27/22* | (2006.01) |
| *G06F 3/044* | (2006.01) |
| *G06F 3/0354* | (2013.01) |
| *G06F 3/01* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... *G06F 3/017* (2013.01); *G06F 3/03547* (2013.01); *G06F 3/044* (2013.01); *H04M 1/0266* (2013.01); *H04M 1/05* (2013.01); *H04M 1/21* (2013.01)

(58) **Field of Classification Search**

USPC .......................................... 345/7–9

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D750,074 | S | 2/2016 | Coz |
| 9,274,340 | B2 | 3/2016 | Lyons |
| 9,377,626 | B2 | 6/2016 | Lyons |
| 9,405,126 | B1 | 8/2016 | Margolin |
| 9,423,827 | B2 | 8/2016 | Compton |
| 2014/0152531 | A1 * | 6/2014 | Murray ................ G06F 1/1632 345/8 |
| 2014/0375531 | A1 | 12/2014 | Latypov |
| 2015/0235426 | A1 | 8/2015 | Lyons |
| 2015/0339468 | A1 | 11/2015 | Son |
| 2015/0348327 | A1 | 12/2015 | Zalewski |
| 2015/0364113 | A1 | 12/2015 | Ahn |
| 2016/0054802 | A1 | 2/2016 | Dickerson |
| 2016/0055680 | A1 | 2/2016 | Kim |
| 2016/0062514 | A1 | 3/2016 | Jo |
| 2016/0063767 | A1 | 3/2016 | Lee |
| 2016/0063919 | A1 | 3/2016 | Ha |
| 2016/0066295 | A1 | 3/2016 | Han |
| 2016/0084647 | A1 | 3/2016 | Lee |
| 2016/0086386 | A1 | 3/2016 | Son |
| 2016/0142703 | A1 | 5/2016 | Park |
| 2016/0154494 | A1 | 6/2016 | Kim |
| 2016/0180591 | A1 | 6/2016 | Shiu |
| 2016/0224176 | A1 | 8/2016 | Kim |
| 2016/0232879 | A1 | 8/2016 | Han |
| 2016/0238851 | A1 | 8/2016 | Jeong |
| 2016/0255748 | A1 | 9/2016 | Kim |
| 2016/0262608 | A1 | 9/2016 | Krueger |

OTHER PUBLICATIONS

Unknown, "Adding a capacitive lever to a google cardboard 1 (on the cheap)," Jul. 6, 2015 (available at https://www.youtube.com/watch?v=kgJpRtnqQPQ).

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D



FIG. 7E



FIG. 7F

1

# VIRTUAL REALITY VIEWER AND INPUT MECHANISM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/209,397, titled VIRTUAL REALITY VIEWER AND INPUT MECHANISM, which was filed on Jul. 13, 2016, which is a continuation of U.S. patent application Ser. No. 14/801,606, which was filed on Jul. 16, 2015, titled VIRTUAL REALITY VIEWER AND INPUT MECHANISM, and issued as U.S. Pat. No. 9,420,075, which claims priority to U.S. Provisional Application No. 62/161,857, which was filed on May 14, 2015, titled SYSTEM AND METHOD FOR VIRTUAL REALITY HEADSET USER INTERACTION THROUGH ELECTROMECHANICAL DEVICE AND TOUCHSCREEN, and to U.S. Provisional Application No. 62/025,376, which was filed on Jul. 16, 2014, titled SYSTEM AND METHOD FOR VR HEADSET USER INTERACTION, which are each hereby incorporated by reference as if set forth in their respective entireties herein.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## THE NAMES OF THE PARTIES TO A JOINT RESEARCH AGREEMENT

Not applicable.

## INCORPORATION-BY-REFERENCE OF MATERIAL SUBMITTED ON A COMPACT DISC OR AS A TEXT FILE VIA THE OFFICE ELECTRONIC FILING SYSTEM (EFS-WEB)

Not applicable.

## STATEMENT REGARDING PRIOR DISCLOSURES BY THE INVENTOR OR A JOINT INVENTOR

Not applicable.

## BACKGROUND OF THE INVENTION

Virtual reality viewers and headsets (collectively referred to as viewers) are becoming an increasingly popular way of viewing digital media, gaming and the like. With the widespread distribution of powerful and capable smartphone devices, many VR viewers are designed to use such smartphone devices as the visual display device, instead of having dedicated displays and electronics.

Typically the viewers have a housing that a user looks into in order to view the video display device contained within the housing. Viewers can be hand-held devices that a user holds up to the users face/eyes, for example, like a user would hold a pair of binoculars. Viewers can also be worn on a user's head, so as to free the user's hands while looking into the viewer.

As would be understood by those in the art, viewers configured to use a smartphone as the visual display device typically receive the smartphone such that the smart phone display is viewable when a user looks into the viewer

2

housing. These viewers also typically include one or more optical lenses within the housing so as to facilitate a three-dimensional viewing experience despite the two-dimensional display of the smartphone. In some instances, the smartphone is completely contained within the housing, in other implementations the smartphone is attached to the housing in a manner such that the display is exposed within the interior of the viewer

One challenge to utilizing a smartphone in these types of viewers is that the touch sensitive display is concealed within the viewer housing, thereby making it difficult for a user to interact with the touch sensitive display of the device. To overcome this, some existing VR viewers utilize magnets on the exterior of the viewer as input devices, however one drawback is that the locations of magnetic sensors on smartphones vary from device to device and, as such, these viewers with magnetic inputs are only effectively used with a limited number of devices. Other VR viewers utilize built in accelerometers or other such position/orientation sensors within the smartphone to detect movement or the absence of movement and identify user inputs using the movement data. Other VR viewers utilize dedicated input devices, like video game controllers, that connect to the electronic device within the viewer either by a wired plug like connection (e.g., USB or Apple compatible connector), or a wireless connection capabilities. However, such VR viewer configurations typically require complex electronic circuitry and wireless connectivity capabilities in order to facilitate the capture and transfer of user inputs. Moreover, dedicated input controllers can be cumbersome when used with hand-held viewer.

What is needed is a VR viewer having integrated user input devices that is configured for use with a wide variety of conventionally available smartphone devices.

These considerations are addressed by the present invention.

## BRIEF SUMMARY OF THE INVENTION

The present invention concerns a virtual reality viewer including an input mechanism that can be used with mobile electronic device having a touchscreen contained within the viewer. According to a first aspect, the virtual reality viewer for use with a mobile electronic device having a touch-screen, comprises: a housing configured to receive a mobile electronic device within an interior of the housing. In addition, the viewer further comprises an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position.

According to another aspect, the virtual reality viewer for use with a mobile electronic device having a touch-screen, comprises: a housing configured to receive a mobile electronic device within an interior of the housing; and an input device including a first portion that is accessible from an exterior of the housing, and a surface within the interior that is configured to contact the touch-screen of the mobile electronic device and transfer a capacitive touch input to the touch-screen in response to a user interaction with the first portion.

These and other aspects, features, steps and advantages can be further appreciated from the accompanying figures and description of certain illustrative embodiments.

US 9,811,184 B2

3

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** illustrates an exemplary virtual reality viewer;

FIG. **2** illustrates the viewer of FIG. **1**;

FIG. **3** illustrates the viewer of FIG. **1**;

FIG. **4** illustrates an exemplary virtual reality viewer;

FIG. **5** illustrates an exemplary virtual reality viewer;

FIG. **6**A illustrates an exemplary virtual reality viewer including an input mechanism in accordance with an embodiment of the invention;

FIG. **6**B illustrates the viewer of FIG. **6**A;

FIG. **7**A illustrates an exemplary input mechanism for a virtual reality viewer in accordance with an embodiment of the invention;

FIG. **7**B illustrates the exemplary input mechanism for a virtual reality viewer of FIG. **7**A;

FIG. **7**C illustrates an exemplary virtual reality viewer including the input mechanism of FIG. **7**A;

FIG. **7**D illustrates the exemplary viewer and input mechanism of FIG. **7**C;

FIG. **7**E illustrates the exemplary viewer and input mechanism of FIG. **7**C; and

FIG. **7**F illustrates the exemplary viewer and input mechanism of FIG. **7**C.

## DETAILED DESCRIPTION OF THE INVENTION

According to an aspect of the subject application, Virtual reality viewer systems and methods are provided that facilitate the capture of user inputs while using the virtual reality viewer. More specifically, the disclosed systems and methods provide a virtual reality viewer for use with a wide variety of personal electronic devices (e.g., a smartphone) as the visual display device, and having improved tactile user input capabilities.

According to a salient aspect, the disclosed systems and methods facilitate receiving tactile user inputs (e.g., user touches, button depressions etc.) on the exterior of the housing of the viewer and providing the user inputs to the touch sensitive display of the smartphone device that is within the user housing. In this manner, the disclosed systems and methods provide a viewer that is configured to be useable with a wide variety of smartphones without requiring input devices that require specifically placed magnetic sensors, wireless or dedicated cable connection to the electronic device **15**.

In one arrangement, the viewer is provided having a housing that encloses a generally hollow interior. As shown in FIG. **1**, which is a perspective view of an exemplary viewer **10** having a conventional construction without an input mechanism. As shown, the viewer comprises a housing **12** that includes a front surface **30**, back surface **25**, top surface **45**, bottom surface **50** (not shown), left surface **40** and right surface **35**.

In some implementations, when in operation, housing **12** will be disposed in the position directly in front of the user's eyes such that the lenses contained in the housing, are in alignment with each of the user's eyes and the display of the electronic device is viewable through the lenses. It should be understood that the housing can be held by the user, or worn by the user such that the back surface of the housing is held against or in proximity to the users face.

The housing **12** is configured to receive an electronic device **15** having a touch sensitive display. The electronic device **15** can be any electronic device configured to visually

4

display information via a display (e.g., LED, Plasma, LCD display) and receive user inputs via a touch sensitive user interface (e.g., a capacitive touch sensitive display), as would be understood by those skilled in the art. For example and without limitation, electronic device **15** can include a smartphone or other such personal electronic device having a touch sensitive display, for example, an iPhone or Android smartphone device and the like that are commercially available.

Preferably the electronic device **15** is received or mounted within the interior of the housing **12** such that the electronic device display **17** is viewable when the user is looking through the housing **12**. By way of further example, the electronic device **15**, can be mounted on the housing such that it defines the back surface of the viewer. It can be appreciated that other configurations for the viewer **10** are envisioned without departing from the scope of the invention.

As shown in FIG. **2**, which is a back view of the viewer (the terminology back side of refers to the side that the user looks into), preferably the housing **12** is configured to receive the electronic device **15** such that the touch sensitive display **17** of the device **15** is centered in a vertical direction **80** and/or a horizontal direction **85**.

As shown in FIGS. **1** and **2**, in some implementations, the housing includes one or more lenses **70** disposed therein arranged to be in alignment with the user's eyes when the user looks into the viewer. Generally, lenses **70** are mounted such that light from the display of the electronic device passes through lenses **70** to the user's eyes. The configuration, construction and placement of a lens or lenses **70** for use in virtual reality viewers are generally known and understood by those skilled in the art.

A view divider **20** can also be disposed within the housing. FIG. **4** is a perspective view of an exemplary configuration of a viewer **10** without a top, bottom and sides and showing the interior space of the viewer including the view divider **20**. FIG. **5** shows a bottom view of the interior of an exemplary viewer **10** including view divider **20** and having the left and right, bottom and front sides removed. Referring to FIG. **5**, the view divider **20** is configured to isolate the field of view of the left eye from the right eye. In other words, the view divider serves to obstruct the right eye from seeing or receiving images displayed by the left portion **19** of the display **17** of the electronic device **15** and the left eye from seeing images displayed by the right portion **18** of the display **17**. It should also be appreciated that the particular width of the left and right portions of the display that are actually viewable by the user can vary depending on the lenses. In some implementations view dividers are not used.

Between the left and right portion of the display **17** is a central portion **14** of the display. The central portion of the display is not viewable by either the left or right eye due to the view divider **20**, and, in addition or alternatively, due to the optical characteristics of the lenses **70**. The width of the central portion **14** can range from the width of the view divider **20** but can be larger depending on the optical characteristics of the lenses **70**. The central portion **14** that is not viewable by either the left or right eye can also vary in shape depending on the optical characteristics of the lenses. For example, it might be rectangular or an hour glass shape that is wider towards the top and bottom sides of the viewer and narrower in the middle section of the display **17**.

In one arrangement, the viewer **10** is configured to include one or more input devices that are configured to receive user inputs at the exterior of the viewer and provide such inputs

US 9,811,184 B2

**5**

directly to the touch sensitive display **17**. The input devices can be configured to be passive and/or active input devices.

Preferably the inputs are provided to the display at the central portion **14** of the display, however one or more of the user inputs can be provided to the electronic device at alternative portions of the display **17** as well. Because the central portion **14** of the display is not viewable by the left or right eye to, by providing inputs at the central portion **14**, the viewer **10** is capable of providing inputs to the electronic device **15** in a manner that does not disturb the field of view of the left or right eye. Moreover, because the device **15** is received within the housing and preferably positioned such that the display **17** portion of the device is generally centered in at least a horizontal direction and often in vertical direction as well, providing inputs in the central portion **14**, for example, where the view divider **20** is proximate to the display **17**, allows the systems and methods disclosed herein to be useable with a wide variety of touch sensitive smartphone devices of various sizes and screen layouts. Moreover, software can be configured universally to these touch points regardless of the shape or size of the device because of the centered location.

An exemplary implementation of a viewer including an input mechanism in accordance with an embodiment of the invention is shown in FIG. **6A-6B**, which depict a cross-sectional view and of the exemplary viewer **10**, including the view divider **20** and the electronic device **15** from the side and back perspective respectively. As shown, the viewer includes input devices that include one or more touchscreen inputs (**26a-26d**). In this particular exemplary configuration, the touchscreen inputs (**26a-26d**) are disposed on the distal surface **22** of the view divider **20**. Preferably, the electronic device **15** is mounted in a manner such that the touch sensitive display **17** of the device **15**, is proximate to (or is touching) at least a portion of the distal surface **22** of the view divider **20**, such that the display **17** (not shown from this particular perspective) of the device is in physical contact with the surface of the touchscreen input portion of the input mechanism.

As most smartphones have capacitive touch sensitive displays, in an exemplary implementation, the touchscreen inputs (**26a-26d**) are constructed from a conductive material, for example, a conductive foam or polymer and the like as are used as the tip of a stylus configured for use with a capacitive touch screen. A compressible material will allow the housing to accommodate devices of varying thicknesses and create a capacitive connection between the display and the touchscreen inputs without the screen touching other portions of the surface **22**, for example, to prevent scratching of the screen, provide communicative connection between touchscreen input and the touchscreen without cross-talk and other such considerations.

Preferably, the touchscreen inputs (**26a-26d**) are electrically coupled to one or more user inputs (**29a-29d**) that are configured to receive user interactions while using the viewer. Preferably the user inputs (**29a-29d**) are exposed on the outer surfaces of the housing or positioned on the exterior of the housing **12** such that the user can interact with the user inputs (**29a-29d**) while using the viewer **10**, although other configurations are envisioned without departing from the scope of the invention. The user inputs are configured to sense/detect or receive the user interactions and transmit/transfer/relay the user interaction to the touch sensitive display via the touch screen inputs (**26a-26d**). In some implementations, the user inputs relay the user interactions to the touch screen inputs (**26a-26d**) via input leads (**28a-28d**), respectively. For example and without limitation,

**6**

input leads can be conductive wires/leads that electrically couple the user inputs (**29a-29d**) to touchscreen inputs (**26a-26d**).

In such an exemplary configuration in which the input device is a passive input device, the user inputs (e.g., **29a-29d**) are preferably constructed of conductive material, for example, a metalized polymer, conductive polymers, conductive/capacitive inks, carbon based inks or other such inks designed to activate capacitive screens. Accordingly, a user touch of a conductive user input (e.g., **29a**), via the conductive lead (e.g., **28a**) and touchscreen input (e.g., **26a**), will alter the electrical properties of the portion of the display **17** that is in contact with the touchscreen input.

As will be understood by those skilled in the art, the device **15** having a capacitive touch sensitive display **17** can detect the particular location of a change in the electrical property that is caused by the user touch of the user input (e.g., **29a**). As would be understood by those skilled in the art, based on the particular location of the sensed change, the device **15**, which has a processor executing instructions in the form of code, can interpret that an electrical change sensed at a particular location on the display **17** corresponds to a user interaction with a particular user input and corresponds to a prescribed input instruction, for example, a left mouse click or a right mouse click, or a double click, or as the user moving a cursor, or other such functions. Moreover, it would be understood that other combinations of user interactions sensed by the touch sensitive display can be interpreted as one or more of a number of user inputs such as pushing all 4 buttons at once could represent grabbing a virtual item. The 3 dimensional physical interaction offered by the users hands wrapping around the virtual reality viewer and interacting with the inputs can more easily be translated into 3 dimensional virtual interactions in a more natural way then previous user input mechanisms used today. It should also be understood that the arrangement of the touchscreen inputs the corresponding user inputs and associated functions can be pre-defined in software that is loaded into and executing in the device **15** processor.

Although an exemplary passive input device configuration having 4 distinct user inputs has been disclosed, it can be appreciated that other passive input device configurations are envisioned. For example, an array of user inputs and corresponding touchscreen inputs can be provided. It should also be understood that other active input device configurations can also be implemented in accordance with the disclosed embodiments without departing from the scope of the invention.

Although FIG. **6A** shows the user inputs positioned on the top and bottom surfaces of the housing **12** and also shows that the leads run through the view divider **20** and through the top and bottom surfaces of the housing to corresponding user inputs, it can be appreciated that the leads can run through any portions of the housing. It can be further appreciated that any number of the user inputs (**29a-29d**) can be located on any portion of the housing and in any orientation or configuration. Moreover, it can be further appreciated that any number of touchscreen inputs (e.g., **26a-26d**) can be located on the distal end **22** and in any orientation or configuration.

Moreover, although the exemplary configuration provides the user inputs to the screen **17** at the central portion **14** of the display **17** via the view divider **20**, other configurations are possible. For example, the viewer can provide such touchscreen inputs (e.g., **26a-26d**) on a surface that abuts one or more other portions the display **17**.

US 9,811,184 B2

7

8

In accordance with the disclosed embodiments of the invention, the exemplary viewers can be configured to allow the user to mechanically induce an electrical/capacitive touch event on the touchscreen. Further to the foregoing exemplary embodiments of the invention, additional exemplary configurations of a viewer having an input mechanism, which is also referred to as the user input assembly, configured to induce a capacitive touch event that is detectable by a touchscreen based on mutual-capacitance are further described herein. It can be appreciated that the exemplary implementation described herein can be adapted to mechanically induce input events on a variety of types of touch-screens (e.g., resistive touchscreen events, touch events). Additional exemplary configurations of the viewer in accordance with the disclosed embodiments are further described herein in relation to FIGS. 7 A-7F.

FIG. 7C depicts a perspective view of a viewer 700 assembled and having a front side open showing the generally hollow interior of the viewer. Also shown is an input mechanism 715. The input mechanism is disposed within the interior 702 of the housing of the viewer 700. Moreover, at least a portion of the input mechanism is also accessible from the exterior of the viewer such that a user can interact with the input mechanism and cause the portion of the input mechanism contained within the housing to generate a touch input on the touch interface. More specifically, the input mechanism is moveable within the interior between at least a first position (also referred to as an unactuated state), in which a portion of the input mechanism is retracted so as to not contact a touchscreen of the mobile device, and an extended position (also referred to as the actuated state) in which a surface of the input mechanism contacts the touch-screen of the mobile electronic. As shown, at least a portion of the input mechanism is centrally located within the housing and defines at least a portion of a view divider 710. It should be appreciated that the housing and or one or more portions of the input mechanism further described herein can be comprised of a variety of materials such as plastics, metals, composites, woods and other heavy paper-like materials (e.g., cardboard) and or other such natural and synthetic materials.

FIG. 7A depicts the view divider 710 with one side of the view divider folded back so as to expose a portion of the user input mechanism 715 disposed within the interior of the viewer 700. The diagram also shows the user input mechanism 715 in an unactuated state.

As shown, FIG. 7A depicts a distal end 720 of a user input portion of the user input mechanism, which in this exemplary implementation is a lever. The proximal end (not shown) of the lever is accessible to a user from outside the viewer when assembled. The diagram depicts the input assembly 715 in an unactuated state. Also shown is an electrical shield 725. The electric shield is arranged such that at least a portion of the electric shield is configured to contact the touch-screen of the mobile electronic device when the input mechanism is in the extended position. The electrical shield is a material configured to, when brought in proximity to and/or touches the touchscreen, induce a touch event that is electrically detectable by the touchscreen/ device. In some implementations, the electrical shield material can be a metallized textile/fabric or films, e.g., polymer film coated with a thin layer of metal, for example PET (Polyethylene terephthalate) films and Mylar (BoPET Biaxially-oriented polyethylene terephthalate). Such metalized materials are commonly used in anti-static bags. Moreover, the electrical shield can be comprised of other metallic conductors, non-metallic conductors, metallized fabrics,

metallized polymers, conductive polymers, conductive fabrics, flexographic inks, rigid flex printed circuit board (PCB) and the like. As would be understood by those skilled in the art, such materials have electrical properties that, when a surface of the material is brought in proximity to a touch-screen and/or touches a touchscreen, can affect the electrical properties detected at that location by the touchscreen device. Other materials having the requisite electrical properties can also be used, for example, inks or pastes with carbon such as black flexographic inks having capacitive touch properties that are printed on substrates. Moreover, it can be appreciated that a combination of materials can be used to provide a surface of the input mechanism that is configured to induce a detectable touch input when the surface is touched to the touchscreen. For example, the electric shield can include a conductive polymer arranged to selectively contact the touchscreen and that is electrically coupled to a metallized fabric or conductive ink applied to a surface of the housing and/or input mechanism.

In some implementations, the electric shield is configured (e.g., sized and/or positioned) so as to have capacitive properties sufficient to be detected by a capacitive touch-screen when the input mechanism is in the extended position and in the absence of human contact with the electric shield. However, it can also be appreciated that, in some implementations, the electric shield can be electrically coupled to the portion of the input mechanism that is interacted with by the user such that electrical properties of the user's body can be utilized to induce the touch input.

Also shown is a coupling 730 that is configured to move the input mechanism towards the touchscreen when the lever is actuated. The coupling is a linkage that couples the portion of the input mechanism that is accessible to the user from the exterior (e.g., the proximal end of the lever) to the surface of the input mechanism configured to touch the touchscreen and induce a touch input. The coupling mechanically translates user actuation of the portion of the input mechanism from the exterior of the housing into movement of the input mechanism within the interior of the housing and causing a surface of the input mechanism to touch the touchscreen. For example, in the particular implementation shown in FIGS. 7A-7F, actuation of the lever causes the coupling to deform and extend in a direction towards the touchscreen, which in turn moves a portion of the electrical shield towards the touchscreen. Furthermore, as shown in FIG. 7A the coupling can be coupled to the housing. As can be appreciated, coupling one or more portions of the input mechanism to the housing can serve to support the input mechanism as well as guide the movement of the input mechanism during user actuation.

The coupling can be comprised of one or more flexible materials such as plastics, metals, composites, woods and other heavy paper-like materials (e.g., cardboard) and or other such natural and synthetic materials. A linkage or coupling that is flexible can be beneficial in that the material memory causes the coupling to return to a resting state when pressure is released from the lever which automatically pulls the input mechanism away from the touchscreen. However, alternative methods for automatically retracting the contact surface of the input mechanism can be similarly implemented without departing from the scope of the invention.

Although a particular exemplary linkage configuration is described in relation to FIGS. 7 A-7F, it can be appreciated that other linkage configurations can be implemented without departing from the scope of the invention. It can also be appreciated that, although the lever, coupling and metallic shield have been described as individual components, the

US 9,811,184 B2

9
10

subject invention is not so limited as one or more of the foregoing components can be joined or integrally formed as single unit. Similarly, it can also be appreciated that one or more of the components of the input mechanism can be joined to the housing or integrally formed with the housing in a permanent or temporary fashion using any conventional manufacturing techniques.

In some implementations, a compressible pad **735**, for example, a foam or foam-like material can be disposed between the flexible coupling and the electric shield. The pad can be placed between the flexible coupling and the electrical shield **725** in at least the location where the coupling contacts the metallic shield when extended (e.g., the back side of the electrical shield where the front side of the shield material contacts the touchscreen when extended). It can be appreciated that the electrical shield can be attached to the foam material or unattached. It can also be appreciated that the pad can be coupled to the coupling either directly or indirectly by one or more intermediate structures that comprise the input mechanism. The pad is used to create a sufficiently sized contact surface between the front side of the shield material and the touchscreen so as to register a touch input event on the screen (e.g., to simulate the size and shape of a finger). The pad also helps the surface of the input mechanism configured to touch the touchscreen (i.e., the shield material) conform to the touchscreen surface when the input mechanism is in the extended position/actuated state.

It can be appreciated that various sizes and shapes of the pad can be used to induce a sufficient sized contact surf ace. It can also be appreciated that in some implementations the pad can be omitted. It can also be appreciated that the metallic shield and pad may be integrated or combined into a single material such as conductive foam gaskets used in Electromagnetic Interference (EMI) or Radio Frequency Interference (RFI) applications. It can also be appreciated that the pad can be sized and/or shaped such that actuating the input mechanism with greater force causes a greater surf ace area of the electrical shield to be applied to the screen which can be interpreted differently by the device than when a smaller surface area is detected by the touchscreen. This input mechanism configuration can be used to provide a secondary signal for detecting the amplitude of the users input, for example a method for detecting the amount of force the user applied to the input.

A portion of the lever can be attached to or in communication with (i.e., touching) integrally formed to at least a portion of the coupling. For instance, as shown, the distal end of the lever can be abutting a portion of the coupling such that, when the lever is actuated at a proximal end, movement of the distal end of the lever causes the plastic coupling to buckle and at least a portion of the coupling extends in the direction towards the touchscreen. In addition or alternatively, the coupling can be a structure that is flexibly coupled to one or more portions of the housing such that it moves in a prescribed manner when a lever is moved or a button is pushed by the user.

FIG. **7**A depicts the view divider **710** with one side of the view divider folded back so as to expose the user input assembly **715** disposed within the view divider of the viewer **700**. The diagram also shows the user input assembly **715** in an unactuated state.

FIG. **7**B depicts the view divider **710** with one side of the view divider folded back so as to expose the user input assembly **715** disposed within the view divider of the viewer **700**. The diagram also shows the user input assembly **715** in an actuated state.

FIG. 7C depicts a perspective view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the housing **700**. The diagram also shows the user input assembly **715** in an unactuated state. As shown, the user input (lever) includes a proximal end portion **722** that extends through a cut-out in the housing of the viewer **700** and is accordingly accessible to the user from the exterior of the housing. It can be appreciated that alternative configurations in which one or more portions of the lever or other such mechanical actuators or portions of the input mechanism is accessible from the exterior of the viewer are envisioned. For instance, the lever can be contained within the interior of the housing and accessible to the user through a cut-out through an external wall of the housing.

FIG. 7D depicts a side view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the viewer housing **700**. The figure also shows the user input assembly **715** in an unactuated state.

FIG. 7E depicts a perspective view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the viewer housing **700**. The diagram also shows the user input assembly **715** in an actuated state where the electrical shield is extended out of the cut-out in the view divider.

FIG. 7F depicts a side view of the viewer **700** assembled and showing the view divider **710** and showing at least a portion of the user input assembly **715** disposed within the interior of the viewer **700**. The diagram also shows the user input assembly **715** in an actuated state where the electrical shield is extended out of the cut-out **712** in the view divider.

When a user device is placed within the viewer, such that the touchscreen is facing the interior of the viewer and near the view divider, actuating the user input assembly by actuating the lever can cause the coupling to flex and therefore cause the electrical shield to extend towards and touch the touchscreen of the user device. In this exemplary implementation, the coupling and shield extend out of a cut-out in the view divider. As a result, the device can detect the change in an electrical property at one or more locations of the screen, which is caused by the electrical shield touching (or approaching) the touch-sensitive display.

Accordingly, it can be appreciated that, what is provided is a virtual reality viewer for use with an electronic touch-screen device comprising a housing for receiving and holding a touchscreen display device within an interior region of the housing. The viewer further comprising an input mechanism that is accessible from an exterior of the housing and is moveable within the interior between at least a first position and an extended position, wherein a surface of the input mechanism is configured to contact the touch-screen of the mobile electronic device when in the extended position. In one particular implementation, the input mechanism comprises a lever having a proximal end that is exposed to the exterior of the housing and a distal end disposed within the housing, whereby the proximal end of the lever is accessible by a user from the exterior of the housing and actuation (e.g., movement) of the lever at the proximal end translates to mechanical movement of the distal end. The viewer further comprising a coupling attached to or in communication with the distal end of the lever such that, when the lever is actuated at the proximal end, movement of the lever causes at least a portion of the coupling to move toward a back wall of the housing, e.g., extend or move in a direction of the touchscreen. The viewer further comprises

US 9,811,184 B2

11

an electrical shield, wherein the electrical shield is a material configured to induce a touch event that is electrically detectable by a touchscreen/device when at least a portion of the shield contacts or is in proximity to a touchscreen. In addition, the portion of the electrical shield is positioned between the coupling and the touchscreen such that movement of the coupling advances at least the portion of the electrical shield material toward the touchscreen so as to induce the touch event. Moreover, the viewer can further comprise a compressible pad disposed between the portion of the coupling and the electrical shield, wherein the pad is attached to the coupling and is sized, shaped and has the softness/rigidness to create a sufficiently sized contact point for generating a touchscreen detection event on the touchscreen device. The compressible pad and electrical shield material work to mimic the electrical and physical properties of a human finger so that any form of touch screen technology will register a touch event when the lever mechanism is actuated. As would be understood by those skilled in the art the combination of physical, and electrical properties of this pad electrical shield material can be tuned to work on a variety of touch screen technologies such as capacitive, resistive, or conductive touch screen technologies. As previously noted, in some implementations, one or more components of the exemplary user input assembly can be integrated into or part of the view divider.

According to a salient aspect, the viewer and the exemplary electro-mechanical user input assembly is configured to allow a user to interact with the touch sensitive screen without access to the touch sensitive screen while within the viewer. Moreover, the exemplary viewer and user input assembly can be configured to allow a user to interact with the touch sensitive screen without reliance on the electrical properties of the human body to induce the electrical event. For instance, the metallized film 725 can be sized such that it is suitable for inducing a touch event without requiring user contact therewith. In addition or alternatively, the portion of the metallized film that is configured to touch the screen can be accessible to receiving a user touch. For instance, a portion of the metallized film can be exposed on the lever 722 or otherwise accessible to the user on an external surface.

As would be understood by those skilled in the art, the mobile electronic device, which has a processor executing instructions in the form of code, can detect that electrical property change at the one or more locations and interpret the change as one or more prescribed user interactions. In some implementations, the user interaction can be interpreted as a simple click event. In some implementations, a variety of possible user interactions can be detected as a function of the location of the touch event on the touchscreen (e.g., as caused by different input mechanisms configured to cause touch inputs at respective locations on the touchscreen), the duration of the touch event, the size of the area of the touchscreen registering the touch event, and the like. These detected aspects of the touch event can be interpreted and translated into one or more prescribed input instructions, for example, a left mouse click or a right mouse click, a double click, or as the user moving a cursor, a virtual gesture such as a grab, push, pull, throw, pinch or as a scaled input instruction such as a hold softly or hold firmly or other such functions.

Moreover, user interactions detected by the touch sensitive display can be interpreted in combination with one or more other input devices. More specifically, a user interaction detected can be interpreted in light of other input data received by the user device from other on-board input

12

devices or data sources, for example and without limitation, an accelerometer that detects the orientation and location of the device or a camera or 3d scanner that detects the physical environment of the user or portions of the user's body position. In addition, the housing can also include one or more additional user input devices electrically coupled to the mobile device by a wireless or wired connection, such that inputs via the electro-mechanical input mechanism can be provided to the mobile device in addition to inputs provided using the additional input device. For example, based on the orientation and location of the device and the information being viewed by the user on the device, the device can determine that a user is looking at an interactive virtual icon using the viewer. Paired with the user actuation of the user input mechanism and the detection of a touch input, the device can interpret the combined user input (e.g. accelerometer data and the touch interaction data) as a "mouse click" on that particular virtual icon or as a grab or hold of that virtual item or icon. Another example might be combining the accelerometer data for device position, camera data from the device capturing the user's physical environment, and a touch event from the mechanism described in this invention in a way that allows the user to select a real physical item to scan/import into a virtual or augmented reality interface allowing for the digital manipulation of the physical item or overlaying additional information about the physical item.

It can also be appreciated that the user input mechanism can be adapted to induce user interactions at a variety of different locations or multiple user input assemblies can be provided to facilitate more complex user inputs.

It is to be understood that like numerals in the drawings represent like elements through the several figures, and that not all components and/or steps described and illustrated with reference to the figures are required for all embodiments or arrangements.

The subject matter described above is provided by way of illustration only and should not be construed as limiting. The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising", when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Also, the phraseology and terminology used herein is for the purpose of description and should not be regarded as limiting. The use of "including," "comprising," or "having," "containing," "involving," and variations thereof herein, is meant to encompass the items listed thereafter and equivalents thereof as well as additional items.

The subject matter described above is provided by way of illustration only and should not be construed as limiting. Various modifications and changes can be made to the subject matter described herein without following the example embodiments and applications illustrated and described, and without departing from the true spirit and scope of the present invention, as set forth in each and any of the following claims.

The invention claimed is:

**1.** A virtual reality viewer for use with a mobile electronic device having a touchscreen, the viewer comprising:

US 9,811,184 B2

13

a first lens and a second lens, wherein the first lens is facing the same direction as the second lens, and wherein the first lens and the second lens are spaced apart in a horizontal direction;

an enclosure having a first side and a second side opposite the first side, the first side configured to hold the first lens and the second lens, the second side configured to receive the mobile electronic device;

a touchscreen input constructed of conductive material, wherein the touchscreen input is in physical contact with the touchscreen upon receipt of the mobile electronic device.

**2.** The virtual reality viewer of claim **1**, further comprising a user input that is accessible from an exterior of the enclosure and is conductively coupled to the touchscreen input.

**3.** The virtual reality viewer of claim **2**, further comprising a lead that conductively couples the touchscreen input to the user input, wherein a portion of the lead runs through a portion of the enclosure.

**4.** The virtual reality viewer of claim **1**, further comprising a second touchscreen input constructed of conductive material, wherein the second touchscreen input is generally centered between the first lens and the second lens in the horizontal direction and in physical contact with the touchscreen upon receipt of the mobile electronic device.

**5.** The virtual reality viewer of claim **4**, wherein the touchscreen input is offset upwards in a vertical direction and the second touchscreen input is offset downwards in the vertical direction.

**6.** The virtual reality viewer of claim **4**, wherein the user input is a metal or conductive polymer.

**7.** The virtual reality viewer of claim **1**, wherein the touchscreen input is offset in the vertical direction.

**8.** The virtual reality viewer of claim **1**, wherein the first lens and the second lens are configured to facilitate a three-dimensional viewing experience.

**9.** The virtual reality viewer of claim **1**, wherein the touchscreen input is generally centered between the first lens and the second lens in the horizontal direction.

**10.** The virtual reality viewer of claim **1**, wherein a portion of the enclosure has a cut-out, and wherein at least a portion of the user input is accessible through the cut-out.

**11.** The virtual reality viewer of claim **1**, wherein the conductive material is a conductive foam or polymer.

**12.** A virtual reality viewer for use with a mobile electronic device having a touchscreen, the viewer comprising:

14

a first lens and a second lens, wherein the first lens is facing the same direction as the second lens, and wherein the first lens and the second lens are spaced apart in a horizontal direction;

an enclosure having a first side and a second side opposite the first side, the first side configured to hold the first lens and the second lens, the second side configured to receive the mobile electronic device;

a user input that is accessible from an exterior of the enclosure and has a first position and a second position;

a touchscreen input conductively coupled to the user input and generally centered between the first lens and the second lens in the horizontal direction, wherein, upon receipt of the mobile electronic device, the touchscreen input is in physical contact with the touchscreen when the user input is in thesecond position.

**13.** The virtual reality viewer of claim **12**, further comprising:

a second user input that is accessible from an exterior of the enclosure and has a first position and a second position; and

a second touchscreen input conductively coupled to the second user input, wherein, upon receipt of the mobile electronic device, the second touchscreen input is in physical contact with the touchscreen when the second user input is in the second position.

**14.** The virtual reality viewer of claim **13**, wherein the touchscreen input is offset upwards in a vertical direction and the second touchscreen input is offset downwards in the vertical direction.

**15.** The virtual reality viewer of claim **12**, wherein the touchscreen input is offset in a vertical direction.

**16.** The virtual reality viewer of claim **12**, wherein a portion of the enclosure has a cut-out, and wherein at least a portion of the user input is accessible through the cut-out.

**17.** The virtual reality viewer of claim **12**, wherein the touchscreen input is constructed of a conductive material.

**18.** The virtual reality viewer of claim **17**, wherein the conductive material is a conductive foam or polymer.

**19.** The virtual reality viewer of claim **12**, further comprising a lead that conductively couples the touchscreen input to the user input, wherein a portion of the lead runs through a portion of the enclosure.

**20.** The virtual reality viewer of claim **12**, wherein the user input is a metal or conductive polymer.

\* \* \* \* \*