NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DODOCASE VR, INC., fka Dodocase, Inc.,**
*Plaintiff-Appellee*

v.

**MERCHSOURCE, LLC, dba Sharper Image,**
*Defendant-Appellant*

**THREESIXTY BRANDS GROUP, LLC, dba Sharper Image,**
*Defendant*

_____

2018-1724

_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-07088-EDL, Magistrate Judge Elizabeth D. Laporte.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

The United States District Court for the Northern District of California has granted a preliminary injunction in this case, ordering MerchSource, LLC to withdraw its

inter partes and post grant review petitions from consideration by the Patent Trial and Appeal Board by 12:00 p.m. on April 3, 2018. MerchSource has appealed and has filed a motion to stay the district court's preliminary injunction order pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The preliminary injunction is temporarily stayed pending this court's consideration of the papers submitted.

(2) Dodocase VR, Inc. is ordered to respond no later than April 4, 2018. Any reply is due no later than April 9, 2018.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26