**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DODOCASE VR, INC. (fka DODOCASE, INC.),**<br><br>Plaintiff,<br><br>v.<br><br>**MERCHSOURCE, LLC et al.,**<br><br>Defendants. | Case No. 3:17-cv-07088-EDL<br><br>~~PROPOSED~~ ORDER<br><br>**THE HONORABLE ELIZABETH D. LAPORTE** |

After consideration of the parties' motion to modify the case schedule, this Court hereby **GRANTS** the parties' motion and modifies the case schedule as follows:

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| 04/24/2018 | 30 days after Fed. Cir. ruling | Plaintiff's priority contentions chart |
| 05/01/2018 | 37 days after Fed. Cir. ruling | Plaintiff's partial motion for SJ regarding Q4 royalties |
| 05/11/2018 | 47 days after Fed. Cir. ruling | Defendants' invalidity contentions |
| 05/12/2018 | 48 days after Fed. Cir. ruling | Deadline for parties to file motion to join parties or amend pleadings |
| 05/15/2018 | 51 days after Fed. Cir. ruling | Defendants' cross-motion for SJ and opposition regarding Q4 royalties |
| 05/25/2018 | 61 days after Fed. Cir. ruling | Patent Local Rule 4-1 - Parties exchange proposed terms for construction |
| 05/29/2018 | 61 days after Fed. Cir. ruling | Plaintiff's combined opposition and reply brief regarding Q4 royalties |
| 06/05/2018 | 67 days after Fed. Cir. ruling | Defendants' reply brief regarding Q4 royalties |
| 06/15/2018 | 77 days after Fed. Cir. ruling | Patent Local Rule 4-2 - Parties exchange proposed claim constructions |
| 06/19/2018 | 81 days after Fed. Cir. ruling (at the Court's convenience) | Hearing on SJ regarding Q4 royalties |
| 06/21/2018 | 83 days after Fed. Cir. ruling | Deadline for parties to file status report and setting forth each side's position on potential modification of claim construction briefing schedule |

PROPOSED ORDER

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| 06/30/2018 | 92 days after Fed. Cir. ruling | Patent Local Rule 3-8 – Damages contentions |
| 07/10/2018 | 102 days after Fed. Cir. ruling (unless modified) | Patent Local Rule 4-3 – Parties to file joint claim construction and prehearing statement |
| 07/30/2018 | 122 days after Fed. Cir. ruling | Patent Local Rule 3-9 – Responsive damages contentions |
| 08/09/2018 | 132 days after Fed. Cir. ruling (unless modified) | Deadline to complete claim construction discovery |
| 08/24/2018 | 147 days after Fed. Cir. ruling (unless modified) | Opening claim construction brief |
| 09/07/2018 | 161 days after Fed. Cir. ruling (unless modified) | Responsive claim construction brief |
| 09/14/2018 | 168 days after Fed. Cir. ruling (unless modified) | Reply claim construction brief |
| 09/18/2018 | 172 days after Fed. Cir. ruling (unless modified) (at the Court's convenience) | Claim construction technology tutorial |
| 10/02/2018 | 186 days after Fed. Cir. ruling (unless modified) (at the Court's convenience) | Claim construction hearing |

Within five days of the Federal Circuit's order on MerchSource's motion to stay, the parties shall submit an updated case schedule setting forth the specific proposed dates for each event.

**IT IS SO ORDERED.**

Dated: April 12, 2018

_____
UNITED STATES DISTRICT
COURT MAGISTRATE JUDGE