UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DODOCASE VR, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCHSOURCE, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-07088-AGT<br><br>**ORDER TO SHOW CAUSE RE:<br>SUBJECT-MATTER JURISDICTION** |

Plaintiffs voluntarily amended their complaint earlier this year. In their operative, third amended complaint, they dropped all federal claims. The only remaining claim is a state-law claim for breach of a license agreement. Plaintiffs have asked the Court to exercise supplemental jurisdiction over this state-law claim, under 28 U.S.C. § 1367. *See* ECF No. 153, TAC ¶¶ 26–27.

When a plaintiff voluntarily amends his complaint to withdraw all federal claims, district courts cannot exercise supplemental jurisdiction over state-law claims that remain. *See Pintando v. Miami–Dade Housing Agency*, 501 F.3d 1241, 1242–44 (11th Cir. 2007); *Wellness Cmty.–Nat'l v. Wellness House*, 70 F.3d 46, 50 (7th Cir. 1995); *see also* 13D Charles A. Wright & Arthur R. Miller, *Federal Practice & Procedure* § 3567 & n. 50 (3d ed., updated Apr. 2020).

As federal subject-matter jurisdiction appears to be lacking, the Court orders the parties to show cause, by Monday, June 15, as to why this case shouldn't be dismissed.

**IT IS SO ORDERED.**

Dated: May 29, 2020

ALEX G. TSE
United States Magistrate Judge